| SOLICITATION, OFFER AND AWARD | | 1. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700) | | RATING | PAGE 1 | OF PAGES 103 |
|---|---|---|---|---|---|---|
| 2. CONTRACT NUMBER TOS-11-C-001 | 3. SOLICITATION NUMBER A-10-090 | 4. TYPE OF SOLICITATION ☐ SEALED BID (IFB) X NEGOTIATED (RFP) | 5. DATE ISSUED 09/28/2010 | 6. REQUISITION/PURCHASE NO. RQ-76837 | | |

7. ISSUED BY       CODE

U.S. Department of the Treasury
Procurement Services Division c/o Treasury Office for Asset Forfeiture
1341 G Street, N.W., Suite 900
Washington, DC 20005

8. ADDRESS OFFER TO (If other than Item 7)

SAME AS ITEM 7

NOTE: In sealed bid solicitations "offer" and "offeror" mean "bid" and "bidder"

## SOLICITATION

9. Sealed offers in _____ for furnishing the supplies or services in the Schedule will be received at the place specified in Item 8, or if hand carried, in the depository located in _____ until _____.

CAUTION — LATE Submissions, Modifications, and Withdrawals: See Section L, Provision No: 52.214-7 or 52.215-1. All offers are subject to all terms and conditions contained in this solicitation.

| 10. FOR INFORMATION CALL: | A. NAME Patrick K. Breen | B. TELEPHONE NO. (NO COLLECT CALLS) (202) 622-0248 | EXT. | C. E-MAIL ADDRESS Patrick.Breen@do.treas.gov |
|---|---|---|---|---|

### 11. TABLE OF CONTENTS

| (✓) | SEC. | DESCRIPTION | PAGE(S) | (✓) | SEC. | DESCRIPTION | PAGE(S) |
|---|---|---|---|---|---|---|---|
| | | PART I - THE SCHEDULE | | | | PART II - CONTRACT CLAUSES | |
| X | A | SOLICITATION/CONTRACT FORM | 1 | X | I | CONTRACT CLAUSES | 6 |
| X | B | SUPPLIES OR SERVICES AND PRICE/COST | 3 | | | PART III - LIST OF DOCUMENTS, EXHIBITS AND OTHER ATTACH. | |
| X | C | DESCRIPTION/SPECS./WORK STATEMENT | 60 | X | J | LIST OF ATTACHMENTS | 1 |
| X | D | PACKAGING AND MARKING | 1 | | | PART IV - REPRESENTATIONS AND INSTRUCTIONS | |
| X | E | INSPECTION AND ACCEPTANCE | 2 | X | K | REPRESENTATIONS, CERTIFICATIONS | 0 |
| X | F | DELIVERIES OR PERFORMANCE | 2 | | | AND OTHER STATEMENTS OF OFFERORS | |
| X | G | CONTRACT ADMINISTRATION DATA | 12 | X | L | INSTRS., CONDS., AND NOTICES TO OFFERORS | 0 |
| X | H | SPECIAL CONTRACT REQUIREMENTS | 15 | X | M | EVALUATION FACTORS FOR AWARD | 0 |

### OFFER (Must be fully completed by offeror)

NOTE: Item 12 does not apply if the solicitation includes the provisions at 52.214-16, Minimum Bid Acceptance Period.

12. In compliance with the above, the undersigned agrees, if this offer is accepted within ___ calendar days (60 calendar days unless a different period is inserted by the offeror) from the date for receipt of offers specified above, to furnish any or all items upon which prices are offered at the price set opposite each item, delivered at the designated point(s), within the time specified in the schedule.

| 13. DISCOUNT FOR PROMPT PAYMENT (See Section I, Clause No. 52.232-8) | 10 CALENDAR DAYS % | 20 CALENDAR DAYS % | 30 CALENDAR DAYS % | CALENDAR DAYS % |
|---|---|---|---|---|
| 14. ACKNOWLEDGMENT OF AMENDMENTS (The offeror acknowledges receipt of amendments to the SOLICITATION for offerors and related documents numbered and dated): | AMENDMENT NO. | DATE | AMENDMENT NO. | DATE |

| 15A. NAME AND ADDRESS OF OFFEROR | CODE 04997380 | FACILITY | | 16. NAME AND TITLE OF PERSON AUTHORIZED TO SIGN OFFER (Type or print) |
|---|---|---|---|---|
| | VSE Corporation 2550 Huntington Avenue Alexandria, VA 22303-1499 | | | Cathy S. Kilcoyne Director of Contracts |

| 15B. TELEPHONE NUMBER | | | ☐ 15C. CHECK IF REMITTANCE ADDRESS IS DIFFERENT FROM ABOVE - ENTER SUCH ADDRESS IN SCHEDULE. | 17. SIGNATURE | 18. OFFER DATE |
|---|---|---|---|---|---|
| AREA CODE 703 | NUMBER 329-4756 | EXT. | | *[signed]* Cathy S. Kilcoyne | 28 SEP 2010 |

### AWARD (To be completed by Government)

| 19. ACCEPTED AS TO ITEMS NUMBERED | 20. AMOUNT $25,873,201.11 | 21. ACCOUNTING AND APPROPRIATION FUND: 20X5697 BUDPLN: FF100 ORDER: FX8 PROGRAM: HQ01 ORG: 98999000 |
|---|---|---|

| 22. AUTHORITY FOR USING OTHER THAN FULL AND OPEN COMPETITION: ☐ 10 U.S.C. 2304(c) ( )   ☒ 41 U.S.C. 253(c)(5) | 23. SUBMIT INVOICES TO ADDRESS SHOWN IN See paragraph G.10 and G.15 of the Award Document | ITEM |
|---|---|---|

| 24. ADMINISTERED BY (If other than Item 7)   CODE | 25. PAYMENT WILL BE MADE BY   CODE See paragraph G.10 of the Award Document |
|---|---|

| 26. NAME OF CONTRACTING OFFICER (Type or print) Patrick K. Breen | 27. UNITED STATES OF AMERICA *[signed]* (Signature of Contracting Officer) | 28. AWARD DATE 28 September 2010 |
|---|---|---|

IMPORTANT -- Award will be made on this Form, or on Standard Form 26, or by other authorized official written notice.

AUTHORIZED FOR LOCAL REPRODUCTION.
Previous edition is unusable

STANDARD FORM 33 (Rev. 9-97)
Prescribed by GSA — FAR (48 CFR) 53.214(c)

Part I – The Schedule                                    Contract No. TOS-11-C-001
Section B – Supplies or Services and Prices/Costs

## B.1   PURPOSE

The Contractor shall provide all services, materials, supplies, supervision, labor, and equipment, except that specified herein as Government-furnished, to perform property management and disposition functions for the United States (U.S.) Department of the Treasury, Treasury Executive Office for Asset Forfeiture (TEOAF) and the U.S. Department of the Treasury, Office of Foreign Assets Control (OFAC).  The Contractor shall provide services in accordance with the terms, conditions, and specifications of the Contract.  The Contractor shall assume total responsibility for all requirements stated herein upon contract award.

## B.2    COST PLUS FIXED FEE

The Government will procure all of the work under the Contract through a CPFF contract type. This contract type is inclusive of all allowable costs and a fixed fee.  The fixed fee does not vary with actual cost, but may be adjusted as a result of changes in the work performed under the Contract.

## B.3    CONTRACT LINE ITEM NUMBER

The Contractor shall perform the work in accordance with the requirements specified herein for the costs indicated below.

The Cost-Plus-Fixed-Fee Contract Line Item Number (CLIN) 0001 shall be inclusive of all allowable costs and a fixed fee for all work performed under the Contract for the seven month period of performance.  Any and all costs associated with Contractor performance shall be included here.  The Fixed Fee percent and amount associated with CPFF work will be fixed at the inception of contract award and will not vary with actual cost of performance, but may be adjusted due to changes in the scope of work to be performed under the CPFF CLIN. The Government will not negotiate a Fixed Fee that exceeds the statutory limitations imposed by 10 U.S.C. 2306(d) and 41 U.S.C. 245(b).

## B.4    TOTAL ESTIMATED COST AND FIXED FEE

The total estimated cost and fixed fee for the Contract is as set forth in the table below.

| CLIN | Description | Estimated Cost | Fixed Fee | Total (Estimated Cost Plus Fixed Fee) |
|------|-------------|----------------|-----------|----------------------------------------|
| 0001 | All work (TEOAF and OFAC) for the duration of the period of performance. | $24,697,097.95 | $1,234,903.16 | $25,932,001.11 |

The estimated cost and fixed fee for the Contract is allocated between TEOAF and OFAC as follows.

Part I – The Schedule                                     Contract No. TOS-11-C-001
Section B – Supplies or Services and Prices/Costs

| User | Estimated Cost | Fixed Fee | Total (Estimated Cost Plus Fixed Fee) |
|------|---------------|-----------|---------------------------------------|
| TEOAF | $24,641,097.95 | $1,232,103.16 | $25,873,201.11 |
| OFAC | $56,000.00 | $2,800.00 | $58,800.00 |

## B.5   TRAVEL

a) All non-local travel will be reimbursed in accordance with the provisions of the Federal Travel Regulations. The Federal Travel Regulations and current per diem rates can be accessed at: www.gsa.gov/ftr.

b) As a general rule, local travel will not be reimbursed under the contract. Examples of local travel which will not be subject to reimbursement are: travel to and from normal job site; supervisory personnel traveling to a Government site or alternative facility to oversee operations. Personnel temporarily working at a Government site or alternative facility will consider such facility his/her normal job site.

c) All travel shall be approved in advance by the Contracting Officer or the Contracting Officer's Technical Representative.  Travel that is not approved n advance will not be subject to reimbursement.

## B.6   INDIRECT RATES CEILING

The parties hereby agree to place a ceiling limitation on the indirect rates for the Contract as set forth in the table below.  The Government will not be obligated to pay any additional amount should the Contractor's final indirect cost rates exceed the ceiling rates set forth herein.  In the event the Contractor's final indirect rates are less than the ceiling rates set forth herein, the ceiling rates shall be reduced to conform to the lower rates and any prior payment by the Government of an amount above such lower rates shall be returned to the Government.

| Type of Indirect Rate | Ceiling Rate |
|-----------------------|--------------|
| Fringe | 35.73% |
| Overhead | 28.75% |
| Material & Handling (M&H) | 4.67% |
| General & Administrative (G&A) | 8.37% |
| Facilities Usage | $3.80 (per hour) |
| **FIXED FEE** | **5.00%** |

Part I – The Schedule                                              Contract No. TOS-11-C-001
Section B – Supplies or Services and Prices/Costs

### B.7 ALLOCATION OF FUNDS

This Contract is incrementally funded with respect to both cost and fee.  The amount(s) presently available and allotted to this Contract for payment of fee, subject to the clause entitled "FIXED FEE" (FAR 52.216-8) is specified below.  The amount(s) presently available and allotted to this Contract for payment of cost is set forth below.  As provided in the clause of this Contract entitled "LIMITATION OF FUNDS" (FAR 52.232-22), the period of performance for which it is estimated the allotted amount(s) will cover are as follows:

(a)  TEOAF. The amount presently available and allotted for payment of cost and fee for work performed on behalf of TEOAF under this Contract is as follows:

| REFERENCE | ALLOTED TO COST | ALLOTED TO FEE |
|---|---|---|
| Contract Award | $24,641,097.95 | $1,232,103.16 |

(b)  OFAC. The amount presently available and allotted for payment of cost and fee for work performed on behalf of OFAC under this contract is as follows:

| REFERENCE | ALLOTED TO COST | ALLOTED TO FEE |
|---|---|---|
| Contract Award | $0.00* | $0.00* |

*Funds will be made available for OFAC in the future, after the passage of a Continuing Resolution or Budget for Government Fiscal Year 2011.


The parties contemplate that the Government will allot additional amounts to this Contract from time to time by unilateral contract modification, and any such modification shall state separately the amount(s) allotted for cost, the amount(s) allotted for fee, and the period of performance which the amount(s) are expected to cover.

# SECTION C - STATEMENT OF WORK (SOW)

## TABLE OF CONTENTS

| SECTION | | PAGE |
|---|---|---|
| C.1 | SCOPE | 1 |
| C.2 | OBJECTIVE | 1 |
| C.3 | SPECIFIC REQUIREMENTS | 2 |
| C.3.1 | Contractor Operations | 2 |
| C.3.1.1 | Operational Procedures | 2 |
| C.3.1.2 | Hours of Operation | 4 |
| C.3.1.3 | Response to Communications from the Public/Media | 5 |
| C.3.1.4 | Travel | 5 |
| C.3.1.5 | Trip Reporting | 5 |
| C.3.1.6 | Overtime | 5 |
| C.3.2 | General Property Management | 5 |
| C.3.2.1 | General Property Pre-Seizure Services | 6 |
| C.3.2.2 | Consignment | 6 |
| C.3.2.3 | Receipt and Transfer | 7 |
| C.3.2.4 | Transportation | 8 |
| C.3.2.5 | Methods of Storage | 8 |
| C.3.2.6 | Components and Subassemblies | 8 |
| C.3.2.7 | General Property Identification | 9 |
| C.3.2.8 | Access to General Property | 9 |
| C.3.2.9 | Records Management | 9 |
| C.3.3 | Maintenance | 9 |
| C.3.3.1 | Maintenance: Vehicles | 9 |
| C.3.3.2 | Maintenance: General Property | 10 |
| C.3.4 | General Property Disposition | 10 |
| C.3.4.1 | Disposition Services | 10 |
| C.3.4.2 | Marketing and Sales | 13 |
| C.3.5 | Risk Management | 22 |
| C.3.5.1 | Risk Management Procedures | 22 |
| C.3.5.2 | Letters of Complaint | 22 |
| C.3.5.3 | Litigation and Court Orders | 22 |
| C.3.5.4 | Control of Hazardous Materials | 22 |
| C.3.5.5 | Adverse Incidents Reporting | 22 |
| C.3.6 | Automated Systems | 23 |
| C.3.6.1 | Contractor Responsibilities | 24 |

Part I – The Schedule                                    Contract No. TOS-11-C-001
Section C – Description /Specifications/Statement of Work

    C.3.6.2   Data Entry Responsibilities ................................................................ 24
C.3.7    Appraisal .............................................................................................. 24
    C.3.7.1   Appraised Value (APV) ..................................................................... 24
    C.3.7.2   Fair Market Value (FMV) ................................................................... 25
C.3.8    Accounting and Financing .................................................................. 25
    C.3.8.1   Standards............................................................................................ 25
    C.3.8.2   Accounting Requirements ................................................................. 25
    C.3.8.3   Accepting Payment ........................................................................... 25
    C.3.8.4   Terms of Payment .............................................................................. 26
    C.3.8.5   Documenting Sales ............................................................................ 26
    C.3.8.6   Accounting for Other Types of General Property Dispositions.......... 26
    C.3.8.7   Relinquished Sale Deposits .............................................................. 26
    C.3.8.8   Bank Statements ............................................................................... 27
    C.3.8.9   Deposits and Transfer of Funds to the U. S. Department of the Treasury ........ 27
    C.3.8.10  Shortages/Overages of Collections .................................................. 28
C.3.9    Government 100 Percent Physical Inventory and Other Reviews............. 28
C.3.10   Monthly Management Reports and Other Deliverable Data................ 29
C.3.11   Post-Award Requirements .................................................................. 29
    C.3.11.1  Post-Award Kick-Off Activities........................................................... 29
    C.3.11.2  Post-Award Activities Plan ................................................................ 30
    C.3.11.3  Post-Award Access to Laredo and New Miami CSFs ....................... 32
    C.3.11.4  Post-Award Activities Schedule......................................................... 32
    C.3.11.6  Transfer of Seized or Blocked General Property............................... 33
    C.3.11.7  Transfer of Seized or Blocked General Property to New Government Leased CSFs........................................................................................................ 34
    C.3.11.8  Physical Facilities .............................................................................. 35
C.3.12   Phase-Out Requirements................................................................... 36
    C.3.12.1  Transition/Phase-Out Period ............................................................. 36
    C.3.12.2  Transition/Phase-Out Plan ................................................................ 36
**C.4    GOVERNMENT-FURNISHED PROPERTY AND SERVICES......................... 38**
C.4.1    General................................................................................................. 38
C.4.2    Accountability and Inventory Management......................................... 38
    C.4.2.1   Initial Inventory of Government-Furnished Property.......................... 38
    C.4.2.2   Receiving Reports ............................................................................. 39
    C.4.2.3   Property Shortages and Damages ..................................................... 39
    C.4.2.4   Final Inventory.................................................................................... 39
C.4.3    Government-Furnished Forms ............................................................ 40
C.4.4    Government-Furnished Materials and Supplies .................................. 40
C.4.5    Government-Leased Facilities............................................................. 40
    C.4.5.1   Facilities Maintenance, Repair, and Alteration of GFF .................... 40
    C.4.5.2   Utilities of GFF................................................................................... 41

C.4.6     Government-Furnished Equipment ................................................................. 41
  C.4.6.1     General ...................................................................................................... 41
  C.4.6.2     Available Government-Owned/Leased Warehouse Equipment ...................... 41
  C.4.6.3     Contractor Acceptance of Offered Government-Furnished Property ............... 41
  C.4.6.4     Transfer of Accepted Government-Furnished Property ................................... 42
  C.4.6.5     SEACATS ................................................................................................... 42
  C.4.6.6     IT Equipment .............................................................................................. 42
  C.4.6.7     Document Control and Storage System ........................................................ 42
  C.4.6.8     Inventory Control and Management Information System ................................. 42
  C.4.6.9     Contractor Support for Government-Furnished Systems ................................. 43
  C.4.6.10    Repair versus Replacement of GFE ............................................................. 43
  C.4.6.11    Equipment Manuals ..................................................................................... 44
  C.4.6.12    Return of GFE to the Government ................................................................ 44
  C.4.6.13    Moving of GFE ............................................................................................ 44
C.4.7     Government-Furnished Services .................................................................... 45
  C.4.7.1     General Property and Conveyance Photographs ........................................... 45
  C.4.7.2     Computer Help Desk ................................................................................... 45
  C.4.7.3     T-1 Lines .................................................................................................... 45
  C.4.7.4     Training ...................................................................................................... 45
C.4.8     Travel ........................................................................................................... 45
**C.5       CONTRACTOR-FURNISHED PROPERTY AND SERVICES ............................... 47**
C.5.1     General ........................................................................................................ 47
C.5.2     Contractor-Furnished Systems ...................................................................... 47
  C.5.2.1     Correspondence Control and Storage System ............................................... 47
  C.5.2.2     Document Control and Storage System ........................................................ 47
  C.5.2.3     Accounting and Finance System .................................................................. 47
C.5.3     Contractor-Furnished Equipment ................................................................... 48
  C.5.3.1     Telecommunications Equipment .................................................................. 48
  C.5.3.2     Computers and Peripherals .......................................................................... 48
C.5.4     Contractor-Furnished Supplies and Materials ................................................. 48
  C.5.4.1     Stock Levels ............................................................................................... 48
  C.5.4.2     Personal Protection Equipment (PPE) .......................................................... 48
C.5.5     Contractor-Furnished Services ...................................................................... 49
  C.5.5.1     Mail, Delivery, and Transportation Services .................................................. 49
  C.5.5.2     Clerical Support ........................................................................................... 49
  C.5.5.3     Housekeeping within Secured Storage Areas and Secured Loading Docks ...... 49
C.5.6     Contractor-Furnished Facilities ..................................................................... 49
  C.5.6.1     Contractor-Furnished Centralized Storage Facilities ...................................... 50
  C.5.6.2     Specialized Storage for Refrigerated/Frozen and Climate-Controlled General
             Property ....................................................................................................... 50
  C.5.6.3     Specialized Storage for Vehicles and other Conveyances ............................... 50

Part I – The Schedule                                Contract No. TOS-11-C-001
Section C – Description /Specifications/Statement of Work

    C.5.6.4    Local "Short-Term" Storage for General Property ...................................50
C.6    UNIQUE REQUIREMENTS .........................................................................51
    C.6.1    USSS ...............................................................................................51
    C.6.1.1    Operational Points-of-Contact ...............................................51
    C.6.1.2    Consignment ............................................................................51
    C.6.1.3    Receipt of General Property ....................................................51
    C.6.1.4    Accounting Requirements .......................................................51
    C.6.1.5    Acceptance ..............................................................................52
    C.6.1.6    Receipt of General Property ....................................................52
    C.6.1.7    Conduct of Sale .......................................................................52
    C.6.1.8    Transfer of Items to Purchaser ...............................................52
    C.6.2    UNIQUE REQUIREMENTS FOR IRS-CI ........................................52
    C.6.2.1    Operational Points-of-Contact ...............................................52
    C.6.2.2    Consignment ............................................................................53
    C.6.2.3    Receipt of General Property ....................................................53
    C.6.2.4    Accounting Requirements .......................................................53
    C.6.2.5    Acceptance ..............................................................................53
    C.6.2.6    Receipt of General Property ....................................................53
    C.6.2.7    Transfer of Items to Purchaser ...............................................53
    C.6.3    Unique Requirements for OFAC .....................................................53
    C.6.3.1    Operational Points of Contact .................................................53
    C.6.3.2    Access to General Property .....................................................53
    C.6.3.3    Consignment/Acceptance ........................................................54
    C.6.3.4    General Property Identification ................................................54
    C.6.3.5    Third-Party Determination of Fair Market Value/Determination of Fair Market Value ..................................................................................................54
    C.6.3.6    General Property Disposition ...................................................54
    C.6.3.7    Destruction ..............................................................................54
    C.6.3.8    Sales and Marketing................................................................54
    C.6.3.9    Transfer of Funds to the Department of the Treasury ............54
    C.6.3.10    Other Unique Requirements* ..................................................54

Part I – The Schedule                                      Contract No. TOS-11-C-001
Section C – Description /Specifications/Statement of Work

## TABLE OF TECHNICAL EXHIBITS

Attachment J.10 SOW Technical Exhibits – TE 2.1-001 – Reports and Deliverables List (RDL)

Attachment J.11 SOW Technical Exhibits – TE 2.1-002 – Government-Furnished Equipment List 12-03-09

Attachment J.12 SOW Technical Exhibits – TE 3.2-001 – General Property Workload Data Tables

Attachment J.13 SOW Technical Exhibits – TE 3.2-002 – Conveyance-Related Workload Data Tables

Attachment J.14 SOW Technical Exhibits – TE 3.2-003 – Addendum Typical Vehicle Disposition Assignments

Attachment J.15 SOW Technical Exhibits – TE 3.2-004 – Snapshot Volumes of Current Local and Specialty Stored Items

Attachment J.16 SOW Technical Exhibits – TE 3.3-001 – Initial Conveyance Requirements

Attachment J.17 SOW Technical Exhibits – TE 3.4-001 – Sample Holding Cost Estimate Format

Attachment J.18 SOW Technical Exhibits – TE 3.4-002 – Government Terms and Conditions for Sale

Attachment J.19 SOW Technical Exhibits – TE 3.4-003 – Sample Auction Catalog

Attachment J.20 SOW Technical Exhibits – TE 3.5-001 – State Hazardous Material Regulations Web Sites

Attachment J.21 SOW Technical Exhibits – TE 3.5-002 – Hazardous Materials Categorization Definitions

Attachment J.22 SOW Technical Exhibits – TE 3.5-003 – Proposed Procedures for Handling Adverse Incidents

Attachment J.23 SOW Technical Exhibits – TE 3.6-001 – SEACATS Property Contractor User Guide

Attachment J.24 SOW Technical Exhibits – TE 3.6-002 – SEACATS Instructor Guide

Attachment J.25 SOW Technical Exhibits – TE 3.11-001 – Minimum Monthly Status Report Requirements

Attachment J.26 SOW Technical Exhibits - TE 4.6-001 – Structure SEACATS Application Modules

Attachment J.27 SOW Technical Exhibits - TE 4.6-002 – Contractor Support for GF Systems

# C.  SECTION C – SCOPE OF WORK (SOW)

## C.1  SCOPE

The Treasury Executive Office for Asset Forfeiture (TEOAF) is the administrator of the Department of the Treasury in securing General Property management and disposition services to support the seizure, forfeiture, and blocking programs covered by the contract.  The contract supports the business requirements and strategic mission objectives of the United States Department of the Treasury, Departmental Offices (DO) and the agencies within the United States Department of Homeland Security (DHS) that participate in the Treasury Forfeiture Fund (TFF).  This Statement of Work (SOW) sets forth the scope of work to be performed under the contract.

Under the contract, the Contractor shall provide property management and disposition services to support (a) the seizure and forfeiture program for the Treasury Executive Office for Asset Forfeiture (TEOAF)[1] and (b) blocked general property of the United States Department of the Treasury, Office of Foreign Assets Control (OFAC).   The contract will support DO and the components within DHS that participate in the TFF by providing services for the receipt, possession, custody, management, and disposition of seized, blocked, or forfeited personal property of OFAC, TEOAF, and all governmental entities that participate in the TFF. References to law enforcement agencies participating in the TFF as "users" of these contractual services include the Department of the Treasury's (Treasury's) Internal Revenue Service-Criminal Investigation (IRS-CI), and the DHS's U.S. Customs and Border Protection (CBP), U.S. Immigration and Customs Enforcement (ICE), U.S. Secret Service (USSS), and U.S. Coast Guard (USCG).

The Contractor shall provide all services, materials, supplies, supervision, labor, and equipment, except that specified herein as Government-furnished, to perform such property management and disposition functions.

## C.2  OBJECTIVE

The objective of this SOW is to describe the requirements of Treasury and DHS for nationwide services for the receipt, possession, custody, management and disposition of seized, blocked, and forfeited personal property on behalf of TEOAF, the agencies participating in the TFF, or OFAC when the seizing or blocking agency determines that Contractor services for such property will be in the agency's best interest.  Such seized, blocked, or forfeited personal property is defined as seized, blocked, or forfeited tangible property that is not real property, money or investments (excluding numismatic items), and may include aircraft; vehicles; vessels; machinery and equipment; antiques and collectables; and livestock.  Any and all such personal property when the seizing or blocking agency determines that Contractor services for such property will be in the agency's best interest shall hereinafter be referred to as "General Property".

The Contractor shall provide the services specified in the 50 United States, the District of Columbia and all U.S. territories.  A listing of all agency offices will be provided after award and

---

[1] *This program is the TFF.*

Part I – The Schedule                                    Contract No. TOS-11-C-001
Section C – Description /Specifications/Statement of Work

updated by the Contracting Officer's Technical Representative (COTR) as changes are identified. The work to be performed by the Contractor at these locations is described throughout the SOW. The Contractor shall perform all TFF and OFAC workload requirements during the term of the Contract, however much and whatever they are, consistent with Section B of the contract. However, historical workload is provided for informational purposes and is shown in Attachments J.12, J.13, J.14 and J.15. As the Government has done in the past, it reserves the right, at its discretion, to choose to manage and dispose of some seized or blocked personal property in selected locations itself. The Government makes no warranties, either expressed or implied, as to the accuracy of the historical workload data or whether it is a complete or accurate projection of the Government's future workload during the period of performance of the contract.

# C.3   SPECIFIC REQUIREMENTS

The Contractor shall provide all services, materials, supplies, supervision, labor, and equipment, except that specified herein as Government-furnished, to perform all property management and disposition work set forth in this SOW. Note that the unique program requirements of certain law enforcement agencies participating in the TFF are set forth in Sections C.6 of this SOW. Reports and Deliverables under the contract are summarized in Attachment J.10 SOW Technical Exhibits - TE 2.1–001.

## C.3.1  CONTRACTOR OPERATIONS

### C.3.1.1  Operational Procedures

The Contractor shall be required to develop a document control system to assist in automating the controlling, referencing, filing, and retrieving of correspondence between its office and the offices of the Contracting Officer (CO) and COTR and shall provide a CD-ROM containing all correspondence to and from the Government to the COTR monthly. (RDL 3.1-001) The Contractor shall only receive instruction from the CO, COTR, appropriate seizing or blocking agency designated representative and any individuals specifically designated in writing by the CO. Notwithstanding the foregoing sentence, the CO, in accordance with Subpart 1.6 of the Federal Acquisition Regulation (FAR), is the only person authorized to make or approve any changes in any of the requirements of the contract and such authority remains solely with the CO. See Sections G.1 through G.5 of the contract for the authorities, responsibilities, and limitations of the CO, COTR, and seizing or blocking agency designated representatives.

The Contractor shall provide to the COTR a monthly list of and status report on any outstanding deliverables, reports, or information requests that are still pending submission past their due date. (RDL 3.1-002)

The Contractor shall maintain and generate accurate monthly and quarterly workload statistics (RDL 3.1-003) in the format and level of detail presented in Attachment J.12 SOW Technical Exhibits - TE 3.2–001, Attachment J.13 SOW Technical Exhibits - TE 3.2-002, Attachment J.14 SOW Technical Exhibits - TE 3.2-003.

Within five (5) business days of contract award, the Contractor shall develop and submit to the CO and COTR an initial Training Roster and Training Program that demonstrates that all Project Personnel (which shall include the Contractor's employees, subcontracted

Treasury Executive Office
For Asset Forfeiture                              C-2

employees, and other individuals performing work under the contract) shall be or have been trained before or during the first fifteen (15) days of performance under the contract.  (RDL 3.1-004)

### C.3.1.1.1        Standards

Project Personnel (which include the Contractor's employees, subcontracted employees, and other individuals performing work under the contract) shall obtain and maintain in good standing all certifications and licenses necessary or appropriate to perform work contained in this SOW that is assigned to them.  Examples of certifications include, but are not limited to, appropriate Commercial Driver's License endorsements, State-mandated Hazardous Materials (HAZMAT) Handling and/or Storage Certificates, and Forklift and other Material Handling Equipment Safety Training Certificates.  Proof of certification through a Government-approved source of training shall be presented to the CO or designated representative prior to such Project Personnel beginning to perform work under the contract (RDL 3.1-004) and again prior to the 1) operation of a forklift, crane, or other material handling equipment on Government-controlled property and 2) handling of items designated by the Government as Hazardous Materials by Project Personnel for the first time under the contract.  The Contractor shall ensure that all safety regulations, training requirements, and certification requirements have been met by Project Personnel and documented prior to being assigned to perform these tasks under the contract.  Mechanics sent to respond to pre-seizure equipment breakdown services requests, or subsequent re-assembly service requests, under the contract must be certified by the National Institute for Automotive Service Excellence (ASE) or the Society of Automobile Engineers (SAE).

The Contractor shall maintain the certifications, licenses, renewal training, and qualifications of all Project Personnel throughout each performance period so that all Project Personnel are appropriately certified, licensed, trained, and qualified for the work they perform under this SOW.  No Project Personnel shall be assigned to a task to which the individual is not or is no longer certified, licensed, trained, or qualified to perform.  The Contractor shall verify the Project Personnel have the required certifications and licenses.

Project Personnel operating Government computers or personal computers on a Government network shall be certified and re-certified on an annual basis under the Automated Security Training Program established in accordance with CBP's information technology security program related to the use of SEACATS and other Government systems.

Further, in accordance with the Executive Order issued by the President of the United States on 1 October 2009, the Contractor is encouraged to adopt policies banning text messaging while driving during performance of duties under the contract.

### C.3.1.1.2        Qualification Requirement Waiver Request

During contract administration, and under certain circumstances, the Government reserves the right to waive specific qualification requirements for any given individual performing work under the SOW if issuing a waiver is determined to be in the best interest of the Government.  The issuance of waivers will not be a routine practice and will be individual specific.  In each case, a waiver request shall be submitted by the Contractor, along with the résumé for the individual for whom the waiver is being requested, giving a description of and full justification for the proposed waiver.  The waiver request package shall include a synopsis of the recruitment leading up to the request, to include a complete list of the pool of candidates from which the subject

individual was selected. The waiver request will be reviewed and approved by the CO; however, the CO may delegate the approval authority to the COTR. If the waiver is granted, the position description is not changed, but the individual person granted the waiver is authorized to work under that specific title with all the duties and benefits conferred upon it. Training covered by the waiver must be completed within 90 days of the date of the waiver. The waiver is not transferable to another labor category or individual.

### C.3.1.1.3      Subcontractors

All Project Personnel qualifications, training, and certification requirements stated herein shall be construed to include any subcontracted or consultant personnel (at any tier) working under the contract.

The Contractor shall enter subcontracting report data into the government Electronic Subcontracting Reporting System (eSRS) website (http://www.esrs.gov) in accordance with the eSRS Contractor User Guide, as well as submit its eSRS reports twice a year. A copy of the eSRS Contractor's Guide is located at the following website on the Internet: http://www.esrs.gov/documents/esrs_contractor_user_guide_1.7.pdf. The Government intends to provide the Contractor with access to the eSRS website at time of contract award. However, if eSRS is not available, the Contractor shall submit the report in hard copy.

### C.3.1.1.4      Conduct of Project Personnel

The Government reserves the right to require the Contractor to reassign or remove from the contract any Project Personnel (regardless of his/her employer) deemed incompetent, careless, unsuitable, or otherwise objectionable, or whose continued use under the contract is deemed contrary to the best interests of the Government. Such removal of Project Personnel does not relieve the Contractor from the requirement to perform contract tasks in accordance with the specified performance standards. Project Personnel at Government-leased facilities, where provided, shall return identification badges, keys, and key cards to the COTR immediately upon such removal or the conclusion of their performance of work under the contract, or termination of the contract, whichever occurs first. The Contractor shall be responsible for the performance and conduct of Project Personnel at all times whether at a Government-leased facility or a Contractor-furnished facility operated under the contract. Project Personnel (regardless of his/her employer) or any representative of the Contractor entering the Contractor's facilities or Contractor- or Government-leased facilities shall abide by established rules, policies, regulations, and procedures (e.g., smoking policies, general housekeeping requirements, safety requirements, and waste disposal requirements), and shall be subject to physical check by the Government as may be deemed necessary. The Project Personnel shall only conduct business covered by the contract during periods paid for by the Government, and shall not conduct any other business (commercial or personal) on Government owned or leased premises or use Government supplies, information, and equipment for any purpose other than performance of the contract.

### C.3.1.2 Hours of Operation

The Contractor shall be available to provide all services required under this contract at all times.

Part I – The Schedule                                    Contract No. TOS-11-C-001
Section C – Description /Specifications/Statement of Work

### C.3.1.3 Response to Communications from the Public/Media

The Contractor shall respond in writing to all written complaints received from the public regarding Contractor sales of General Property under the contract.  If the complainant is not satisfied with the resolution by the Contractor, the Contractor shall provide the complainant with the CO's name and TEOAF's address.  The Contractor shall furnish the CO and COTR with copies of all written replies and copies of the original communication on a monthly basis, along with copies of all letters of complaints, and copies of the Contractor's responses by the tenth of each month, unless previously furnished to TEOAF.

### C.3.1.4 Travel

All non-local travel by the Contractor or any of its subcontractors or vendors must be approved in advanced by the CO or COTR in accordance with Section B of the solicitation or contract.  The Contractor must submit written requests via email or other written format to the CO or COTR at least forty-eight (48) hours prior to the travel at issue.  Travel requests shall be specific as to the reason for the travel.  Failure of the Contractor to provide prior forty-eight (48) hour notification and the requested documentation will result in unallowability of costs incurred.  (RDL 3.1-005)

### C.3.1.5 Trip Reporting

The Contractor shall provide a written "trip report" for on all authorized travel within three (3) days after completion of each travel assignment.  This report shall include a detailed analysis of the activities and recommendations relating to any visitation to the Contractor Operated Facilities (COFs)[2], auctions, meetings, inventory reviews, etc.  (RDL 3.1-006)

### C.3.1.6 Overtime

Unless prior approval is obtained from the CO or COTR, the Contractor will not be reimbursed for overtime.  Failure of the Contractor to abide by this stipulation will result in unallowability of costs.

## C.3.2  GENERAL PROPERTY MANAGEMENT

The responsible seizing or blocking agency designated representative will render the decisions for property management actions for General Property in the Contractor's custody as outlined throughout the SOW.  The Contractor shall exchange information, interact, and cooperate with the government contractor managing real property within the limits of the respective contracts.

---

[2] For purposes of this SOW, COFs are large centralized storage facilities located near Riverside, California, Miami, Florida, and/or Dayton, New Jersey, whether or not such facilities are leased by the Government or the Contractor, and a future large Government-leased centralized storage facility near Laredo, Texas that will be operated by the Contractor under the contract.  The future COF near Laredo, Texas will be available sometime after 1 January 2011.

The Contractor shall perform all TFF and OFAC workload requirements during the term of the Contract, however much and whatever they are, consistent with Section B of the contract. Historical workload data, provided for informational purposes only, is shown in Attachment J.12 SOW Technical Exhibits - TE 3.2–001, Attachment J.13 SOW Technical Exhibits - TE 3.2–002, Attachment J.14 SOW Technical Exhibits - TE 3.2–003, and Attachment J.15 SOW Technical Exhibits - TE 3.2–004.  The majority of the historical workload data was pulled from the Seized Asset and Case Tracking System (SEACATS), which is the system of records for all seized property, and from the spreadsheets and/or databases used previously to track blocked property from OFAC and seized property from other Agencies not using SEACATS as their primary system of record (e.g., IRS).  The Government makes no warranties, either expressed or implied, as to the accuracy of the historical workload data or whether it is a complete or accurate projection of the Government's future workload during the period of performance of the contract.

The Contractor shall create or prepare, validate, review for quality and compliance, and submit all items listed in Attachment J.10 SOW Technical Exhibits - TE 2.1–001, Reports and Deliverables List, not later than the due date listed therein.

### C.3.2.1          General Property Pre-Seizure Services

The Contractor may be asked by the responsible seizing or blocking agency designated representative to provide pre-seizure services for General Property including vehicles, aircrafts, vessels, machinery, and equipment.    Such services may require the pre-positioning of resources (staffing and equipment) prior to the actual seizure or blocking of the General Property and may include but are not limited to:  towing to a different site, lien determinations, dropping and replacing gas tanks in vehicles, providing services to facilitate inspection, tire breakdown, and transport of vehicles to CBP x-ray facilities for the inspection services. During the performance of these services the Contractor shall be accompanied at all times by a representative from the seizing or blocking agency.

### C.3.2.2 Consignment

The Contractor shall be available at all times to take custody of all General Property at the time, date, and location designated by the seizing or blocking agency.

Throughout the period of performance of the contract, all General Property consignment must be approved in writing by the CO or COTR.  Unless otherwise directed or approved in writing by the CO or COTR, all General Property must be coordinated by the prime contractor's permanent employees.  Under no circumstance will General Property under the contract be coordinated by any of the Contractor's subcontractors unless prior CO or COTR written approval is obtained.  If subcontractor costs are incurred by the prime contractor relating to the coordination of General Property without prior CO or COTR written approval, such costs will be deemed unallowable.

The Contractor shall provide the Government a Significant Activity Report (SAR) before any work is to be performed under the contract that exceeds $50,000.  (RDL 3.2-001) For estimated costs for an individual seizure that exceeds this threshold, the Contractor must obtain prior written approval from the CO or COTR.  The Contractor's failure to strictly adhere to this approval and reporting requirement will more than likely result in unallowability of costs associated with this seizure activity. Additionally, as a result of non-compliance to these instructions, the Contractor may incur a negative performance rating.

The following requirements apply with regard to SARs.

a. What is reported: Any seizure for which the total cost incurred or anticipated to be incurred cost (not including Seizure Cost Allocation (SCA)) is estimated to exceed $50,000.

b. When it is reported: Within twenty-four (24) hours of information indicating that an individual seizure will exceed $50,000, the Contractor shall provide a copy of the SAR to the CO or COTR no later than the next business day.

c. How will the report be made: The Contractor will provide the SAR via email to the CO or COTR.

d. What information will be reported:

   i. The date the Contractor became aware that seizure costs could exceed $50,000. This could be during pre-seizure or blocking action, at seizure or blocking action, or after seizure or blocking action.

   ii. The date of custody.

   iii. The seizure or blocking action number. (Both SEACATS and the other agency case number)

   iv. A detailed description of the seized or blocked assets.

   v. Cost expended to date. If practical, break these costs down into elements such as storage, maintenance, acceptance, security, transportation, etc.

   vi. Projected total costs. It is understood that there is a certain amount of estimation here. Include remarks that describe what methodology was used to arrive at the estimates.

   vii. Cost effective transportation. The Contractor shall provide a narrative statement in the report explaining that the method of transportation chosen is the most cost-effective.

e. When follow-up reports are to be provided: On a weekly basis, any changes to the original report should be provided. If there are no changes, a negative report is necessary.

f. Point of Contact. Include the name, phone number, and email address of the Contractor's point of contact providing the supporting documentation.

g. Remarks. If necessary, include any additional remarks that may be necessary to better understand the situation regarding an individual seizure.


### C.3.2.3  Receipt and Transfer

When transferring custody, the chain of custody documents shall be properly executed. In addition, the Contractor shall refer to Section C.6 of this SOW for supplemental agency/bureau specific requirements.

A properly completed and executed official agency chain of custody document is required for all General Property transferred to the custody of the Contractor. The Contractor shall not add anything or write on the chain of custody document, except signature and quantity on the signature line.

The Contractor shall accept sealed packages and sealed containers from law enforcement agencies participating in the TFF for storage. The Contractor shall be responsible for the custody and security of such items and shall ensure that the seals remain intact. In these instances, the Contractor shall not be responsible for maintenance or further inventory of the interior contents of the packages or containers as long as the seals remain intact.

### C.3.2.3.1   Consolidation of Non-conveyance General Property at Contractor-Operated Facilities

Except as allowed under C.3.2.3.2 below, under no circumstance shall General Property be staged outside of a COF unless prior written approval is obtained from the CO or COTR. This includes but is not limited to: staging, palletizing and shrink wrapping. Any costs incurred for unauthorized transportation, staging and storage will be considered unallowable and not paid by the Government.

### C.3.2.3.2   Non-Conveyance General Property Seized in Texas

General Property seized in Texas and consigned under the contract may be stored locally in Texas without prior approval of the CO or COTR.

## C.3.2.4 Transportation

The Contractor shall arrange for safe, secure, and cost-effective transportation of General Property from the point of acceptance to storage. The Contractor shall perform necessary emergency repairs to facilitate movement and storage of General Property, in accordance with the threshold levels in Section G of the solicitation or contract.

## C.3.2.5 Methods of Storage

General Property shall be stored in the most cost-effective method available to preclude any deterioration of the property, so that the overall condition of the property is maintained as it was at the time of acceptance.

Depending on geographical area and giving consideration to climate, security and other variable factors (e.g., value, rarity, etc.), some conveyances may require inside storage. For example, vehicles valued at or greater than $50,000.00 shall be provided indoor storage from the time of consignment until final disposition.

Unless otherwise directed by the CO or COTR, all General Property from hence forward shall be stored at the COFs). Under no circumstance, shall General Property be stored outside a COF without prior written authorization from the CO or the COTR. Any costs incurred as a result of unauthorized storage (i.e., outside a COF) will be determined unallowable. Any non-COF storage costs incurred will not be reimbursed unless prior approval is obtained from the CO or COTR. The Contractor may submit a request to the CO for permission to rent securable, weather proof ISO Cargo Containers, of the appropriate size, for short-term on-premises storage during COF remodeling or downscoping activities.

## C.3.2.6 Components and Subassemblies

When the Contractor is directed to remove components or subassemblies from General Property, the components or subassemblies will be labeled with the seizure or blocking number and the line item number will identify all items. The seizing or blocking agency's

designated official will be notified within five (5) working days from the date of the removal. (RDL 3.2-002)

### C.3.2.7 General Property Identification

All General Property will be identified and stored by the standard seizure or blocking number assigned by the seizing or blocking agency. Permanent identifiers must display the SEACATS Number and agency seizure or blocking number. The Contractor must be able to locate and provide General Property within an hour's notice. Disposition orders issued by the seizing or blocking agency's designated official, requesting the retrieval of General Property, will usually be provided to the Contractor twenty-four (24) hours prior to the responsible seizing or blocking agency designated representative's or other designated, authorized individual's arrival.

### C.3.2.8 Access to General Property

The Contractor shall control access to General Property stored under the contract. Authorized personnel including Contractor representatives, pre-designated agency personnel, and those individuals who present a disposition order (CBP Form 7605) signed by an approved agency official shall have access to their specific agency's General Property. A listing of authorized officials will be provided upon contract award.

The Contractor shall use and maintain Government issued logbooks at each facility, as well as for each vault and each safe, used for storage under the contract. Information relative to access to General Property will be maintained in the logbooks. Contractor shall ensure that all persons entering any such facility or vault or accessing any such safe are recorded in such facility's, vault's or safe's specific log book. The Contractor shall ensure that original logs are kept at the facilities and with the relevant vault or safe within the facility and are available to the Government upon request.

### C.3.2.9 Records Management

The Contractor shall maintain records for all General Property including but not limited to billing, accounting, and storage of General Property.

## C.3.3 MAINTENANCE

The Contractor shall maintain and preserve General Property as necessary to ensure that it retains its overall condition from the time of acceptance until disposition.

When General Property is in the custody of the Contractor and the Contractor discovers any hidden or concealed illegal compartment, the Contractor shall immediately secure the vehicle and notify the appropriate seizing or blocking agency designated representative.

### C.3.3.1 Maintenance: Vehicles

Upon consignment, the Contractor shall perform initial maintenance (see Attachment J.16 SOW Technical Exhibits – TE 3.3-001) to include but not be limited to, removal of trash and securing the vehicle. The Contractor shall propose and develop a maintenance schedule to

be approved by the appropriate seizing or blocking agency designated representative within thirty days from the date the property is in the Contractor's custody.  (RDL 3.3-001)

- For all operable seized or blocked standard sized passenger vehicles valued over $10,000.00 and equal to or less than $39,999.99, the Contractor shall perform the requirements of the Contractor's existing "Silver Maintenance Plan" on a bi-monthly basis.

- For all operable seized or blocked standard sized passenger vehicles valued at $40,000.00 or greater, the Contractor shall perform the requirements of the Contractor's existing "Gold Maintenance Plan" on a bi-monthly basis.

- The above two maintenance requirements shall be performed on CBP, ICE, IRS, and USSS vehicles managed under the contract, and shall be limited to the size and type of vehicle described therein.  The above two maintenance requirements shall not be performed on oversized vehicles such as, but not limited to, busses, tractor trailers, construction equipment, etc. without prior written authorization from the responsible seizing or blocking agency designated representative on a disposition order.

### C.3.3.2 Maintenance: General Property

The Contractor shall inspect and replace deteriorating packaging, and reseal open packages unless under seal of the seizing or blocking agency.  General Property under seal shall be repackaged only with a seizing or blocking agency official present, unless the Contractor has been specifically granted authority in writing by the responsible seizing or agency designated representative.

The Contractor shall perform necessary initial maintenance on items such as rugs, furs, perishables, etc., in order to preserve them in the overall condition as at the time of acceptance.

When directed the Contractor shall provide assistance to the seizing or blocking agency for the purpose of property manipulation, which may include but is not limited to providing space in a COF warehouse, forklift support and/or supervision.  When directed the Contractor shall arrange for safe and secure location for the manipulation to take place. The importer shall be responsible for identifying and arranging for vendor(s) support to accomplish the task.  The importer shall be responsible for all costs incurred for the manipulation.  The seizing or blocking office must approve importer vendor(s) selection prior to any work being performed and provide specific instructions to the Contactor with regards to the services needed in conjunction to the manipulation.  Any access to inspect or manipulate General Property (i.e., removal of trademarks or components, open cartons, etc.) shall take place only as instructed via a disposition order signed by the appropriate seizing or blocking agency designated representative.   Upon completion of the manipulation, the Contractor shall furnish all supplies to repack and to secure the General Property until final disposition.

## C.3.4  GENERAL PROPERTY DISPOSITION

### C.3.4.1 Disposition Services

The Contractor shall be responsible for the disposition of General Property according to instructions contained in the disposition order) issued by the seizing or blocking agency.

The Contractor shall recommend the most cost effective disposition available to the agency. Upon completion of disposition, the Contractor shall update SEACATS within two (2) business days. The Contractor shall send the original authenticated disposition order, with other applicable documents, to the appropriate seizing or blocking agency designated representative within five (5) working days after disposition services listed above have been completed (except for cases involving disposition by sale). If there are multiple line items on the chain of custody document, and there is a partial release, the Contractor shall provide a photocopy of the chain of custody document to the appropriate seizing or blocking agency designated representative. Once all line items are disposed of, the Contractor shall forward the original document to the appropriate seizing or blocking agency designated representative.

### C.3.4.1.1     Remission

The Contractor shall remit General Property to the party designated by the responsible seizing or blocking agency designated representative on a disposition order.

The Contractor shall collect all associated costs and the SCA as established by the Contractor and approved by the CO and COTR before General Property is released. The SCA will be added to the seizure or blocking action holding costs.

Acceptable methods of payment for all remission charges will be cash, cashier checks, and certified checks. The Contractor shall:

a.   Notify the designated owner in writing, or respond to telephonic inquiries from the designated party, regarding the amount due, the date by which the property must be retrieved before Contractor costs increase, and the acceptable forms of payment.

b.   Verify the identities of persons receiving General Property as that on the disposition order, and have all persons sign access control log.

c.   If appropriate (normally for "export only" merchandise), ensure that the receiving party has properly annotated CBP 7512, Transportation and Exportation, for the General Property to be exported, or CBP 214, Free Trade Zone (FTZ) Application, before releasing the property. The Contractor shall obtain a copy of the CBP 7512 and/or CBP 214, which will be attached to the original disposition order and returned to the responsible seizing or blocking agency designated representative.

### C.3.4.1.2     Retention by Seizing or Blocking Agency

The Contractor shall release General Property to the agency designated on the disposition order by the seizing or blocking agency. The Contractor shall obtain the signature, on the official chain of custody form from the organization receiving the property. The original agency chain of custody document shall be returned to the appropriate seizing or blocking agency designated representative.

### C.3.4.1.3     Transfer to Other Federal, State, or Local Agencies

The Contractor shall release General Property to other Federal, State, or local agencies designated in writing by the responsible seizing or blocking agency.  Unless waived by the responsible seizing or blocking agency designated representative in writing on a disposition order, the Contractor shall collect from the recipient agency all associated costs, including holding costs (direct costs of transportation, storage, security, maintenance, and other miscellaneous charges attributable to the particular seizure), and the SCA as established by TEOAF before the General Property is released.  (RDL 3.4-001 Seizure)

C.3.4.1.4        Destruction

The Contractor shall destroy General Property as prescribed and directed by the responsible seizing or blocking agency designated representative on the disposition order.

C.3.4.1.4.1  The Contractor shall destroy General Property, including hazardous materials, in accordance with federal, state, and local laws, codes, ordinances, and regulations. Contractor responsibilities for General Property destruction include:

a.  Notify the seizing or blocking agency official issuing the disposition order for destruction within at least five (5) working days, of location, date, and time of destruction in order to permit the agency unannounced verification of the destruction, and verify destruction and disposal of General Property.

b.  The original signed disposition order, and the official agency chain of custody document annotated by the Contractor as "property destroyed," will be returned to the responsible seizing or blocking agency designated representative.

c.  The Contractor is authorized to and shall act on behalf of the Government in accordance with all state and federal environmental regulations with respect to the disposal and destruction of hazardous waste.  This includes, but is not limited to:  determining what materials are hazardous in accordance with state and federal law; obtaining generator numbers on behalf of the Government; preparing and submitting any required reports related to waste, hazardous or otherwise, including waste manifests; recordkeeping; and responsibility for completing any necessary training requirements relating to disposal, handling, and destruction of hazardous waste.

C.3.4.1.4.2  All destructions must be coordinated and approved by the responsible seizing or blocking agency designated representative.  Failure to coordinate and obtain prior approval of all destruction activity will result in unallowable costs.   Additional instructions below shall apply:

a.  When the Contractor receives destruction disposition orders, the Contractor shall immediately procure destruction services with a disposal contractor (i.e., waste disposal company) to drop off bulk trash containers for transfer to local landfills.

b.  When necessary, General Property pending destruction can be removed from the COF and placed in outside containers or secured in an open lot with security guard or roving dog.

    c.  Hazardous materials seized or blocked outside of the state of California should not be shipped to California due to Environmental Protection Agency (EPA) restrictions. The Contractor shall find alternative storage or store the hazardous material at either the New Jersey or Miami COF. The Contractor should maximize the frequency of hazardous material destructions to reduce the existing back log.

    d.  The Contractor should review the feasibility of procuring railroad services for the transportation of seizures as an alternative to trucking services to the COFs.

**C.3.4.2** Marketing and Sales

The Contractor shall arrange and conduct the sale of General Property upon receipt of instructions from the responsible seizing or blocking agency designated representative. The sale of General Property will be in accordance with provisions of 19 U.S.C. § 1581, et. seq. All sales must comply with the provisions of 19 C.F.R. Part 162 ("Inspection, Search and Seizure"), and with the Government Terms and Conditions for the Sale of General Property set forth in Attachment J.18 SOW Technical Exhibits - TE 3.4-002.. The Contractor shall use SEACATS to accommodate the recording, accounting, and reporting of the applicable requirements and elements of information listed in the Parts identified above. The Contractor shall be provided with a disposition order, signed by the responsible seizing or blocking agency designated representative, for General Property designated for sale.

All sales must comply with the law, internal agency Memorandums of Understanding, and specific agency policies based on the commodity sold. This includes, but is not limited to Federal Aviation Administration (FAA) and military requirements.

The Contractor shall update the General Service Administration's (GSA's) 'GOVSALES.Gov' website in accordance with the applicable 'Property Admin Web Application User Guide' no later than three (3) days after the General Property's sale information is posted to the Treasury Website. This document is available online at the following website: http://www.gsa.gov/graphics/fas/Real_Property_User_Guide.doc. See also http://www.gsa.gov/portal/category/100295 for additional information on this program.

C.3.4.2.1      Master Marketing and Sales Plan

Initially, the Contractor shall develop a complete Master Marketing and Sales Plan that describes its approach to conducting sales at each COF as well as its non-centralized storage facilities housing conveyances. The Master Marketing and Sales Plan shall include the types of advertising, marketing, and sales to be used that are appropriate for the types of General Property being sold, and the sales expense and revenue accounting procedures to be used by the Contractor in performing the SOW. The Master Marketing and Sales Plan shall propose a methodology for collecting, accounting for, and depositing payments and revenues generated and shall identify the records to be maintained and the reports to be generated. The complete Master Sales and Marketing Plan shall be submitted to the CO and COTR no later than five (5) calendar days after award of the contract. The Contractor shall perform the sales and marketing of General Property in accordance with the CO and COTR approved Master Sales and Marketing Plan. The Contractor must obtain prior approve by the CO and COTR, in writing, for any changes to such Master Marketing and Sales Plan. (RDL 3.4-002)

C.3.4.2.2      Planning and Scheduling

The Contractor shall plan for sales on a continuing basis. All General Property dispositioned for sale, must be prepared for sale within forty-five (45) calendar days of receipt of the disposition order. The Contractor shall notify the Government when the sale is planned. Such notification shall be submitted to the COTR and all seizing or blocking agency designated representatives whose property is scheduled to be included in the sale. (RDL 3.4-003)

Sale planning is designed to maximize net revenue by conducting timely sales, effectively managing the cost of sales, and by the use of other market techniques as needed. Presale planning includes the evaluation of material for sale, selection of the most appropriate method and location of sale, and identification of actions needed to conduct a sale.

In accordance with the approved Master Marketing and Sales Plan, the Contractor shall analyze General Property and merchandise available for sale and schedule, market, advertise, and conduct sales in a way that maximizes and secures the greatest return to the U.S. Government. Authorization to sell a specific item or lot may be withdrawn by the seizing or blocking agency at any time prior to being sold.

Upon receipt of a disposition order signed by the responsible seizing or blocking agency designated representative ordering the disposition by sale of General Property, the Contractor shall arrange and conduct the sale of such property in accordance with the approved Master Marketing and Sales Plan. The sale of such General Property shall be in accordance with provisions of 19 U.S.C. § 1581, et. seq. All sales shall comply with the provisions of 19 U.S.C. Part 162 ("Inspection, Search and Seizure"), and with the Government's Terms and Conditions for the Sale of Property set forth in Attachment J.18 SOW Technical Exhibits - TE 3.4-002, Government Terms and Conditions for Sale.

### C.3.4.2.3     Methods

The Contractor shall conduct Live Auctions and Online Auctions in accordance with the documents summarized in the Contractor's CO and COTR approved Master Marketing and Sales Plan. If the Contractor elects to subcontract with an auction firm, the Contractor may not guarantee the auction firm a minimum income.

C.3.4.2.3.1 Types of Auctions. General Property subject to a disposition order requesting the sale of such property (Sales Disposition Order) is to be sold by the Contractor at public auction using competitive methods. Public auctions can be opened to prospective bidders in locations outside the local sale site by means of telecommunications or audio or visual networks. The Contractor shall sell General Property subject to a Sales Disposition Order at public auction using the following methods:

- Oral Progressive Bid Public Auction: This shall be the preferred and primary method of sale, utilizing open, verbal, and progressive bidding.

- Sealed Bid: Used for timely selling of isolated General Property, selected expensive General Property, and some General Property in commercial quantities.

- Open Bid Sale (or Spot Bid): A form of sealed bid sale characterized by public posting of a bid register allowing bidders to record their own bids and see those of contending bidders. It is used for timely sale of isolated General Property (e.g., conveyances whose quantity, location, or appraisal

value (APV) do not merit relocation; sale by oral auction; or a delay until the next scheduled auction).

- Negotiated Sale: This shall be used infrequently since it does not promote open competition. It shall be used primarily to sell General Property with unique or special value, characteristics, conditions, or circumstances. It is also used to sell General Property previously offered for sale but not sold at two public auctions.

- Online Auction: General Property is advertised online in a "GovSales.gov" style of presentation.

- Quick Sale or Summary Sale: A quick or summary sale is authorized in instances when it appears that the General Property is perishable (such as fresh food), or will be greatly reduced in value, if not sold, or if the expense of keeping it is disproportionate to its APV. The Contractor shall conduct quick sales as directed by court order or as authorized by the responsible seizing or blocking agency designated representative. The Contractor shall provide quick sale recommendations to the responsible seizing or blocking agency designated representative, who can authorize a quick sale. The Contractor shall submit a copy of each court order received to the responsible seizing or blocking agency designated representative within one (1) business day of receipt. (RDL 3.4-004)

- Interlocutory Sales: In some instances, the Contractor shall be required to sell General Property prior to forfeiture. This shall be accomplished by an Interlocutory Sale ordered by the court. The responsible seizing or blocking agency designated representative will provide the Contractor with a disposition order, along with a copy of the Interlocutory Sale order from the court. All interlocutory sales will be assigned a separate sale number. The Contractor shall transmit all funds to the CBP National Finance Center (NFC), in accordance with this SOW. The transmittal shall clearly identify the funds as an amount from an Interlocutory Sale to be deposited in the suspense account. The Contractor shall also provide NFC with a copy of the disposition order, Interlocutory Sale Order, and Agency Numbers (if other than CBP's property) for the property sold.

- Notwithstanding the foregoing language in this Section of the SOW, if OFAC directs the sale of General Property for the purpose of liquidating it and placing its value into a blocked account, the Contractor shall sell such property via a public auction using competitive methods in accordance with the SOW.

C.3.4.2.4      Advertising

The Contractor shall prepare and publish an updated schedule of the upcoming dates and locations of proposed sales and auctions to the CO and COTR. The Contractor shall also distribute this schedule to all seizing or blocking agency designated representative s electronically at the same time it is sent to the CO and COTR.

The Contractor shall publicly advertise the sale of General Property in order to generate maximum competition and fulfill the legal requirements of 19 U.S.C. § 127.25. For General Property on behalf of TFF and agencies participating in TFF, the Contractor shall also provide information to the Treasury Chief Information Officer (CIO) and

GOVSALES.gov designated representatives to be posted on government-designated websites. Costs associated with mailings and catalogs will be charged to recover costs. Additionally, any sales subscriptions provided will be sold at a price to recover costs.

C.3.4.2.5        Response to Inquiries

The Contractor shall operate a sales information program that provides accurate, timely sales information, including responses to all public inquiries concerning the time, place, and nature of all sales. The Contractor shall provide a written response to all public written inquiries concerning the time, place, and nature of all sales.

C.3.4.2.6        Sales Notices and Catalogs

The Contractor shall use the Government Terms and Conditions for Sale provided in Attachment J.18 SOW Technical Exhibits – TE 3.4-002, Government Terms and Conditions for Sale. If there are special circumstances of a sale or of the items for sale that are not covered by the existing Government Terms and Conditions of Sale, the Contractor shall propose any addenda (RDL 3.4-005 Addenda to Terms and Conditions) to the terms and conditions for consideration by the Treasury.

The Contractor's sales notices shall contain necessary identifying information to minimize the incidence of refunds. Any requests for refund packages shall be adjudicated in accordance with the Government Terms and Conditions for Sale. If the Contractor believes a refund is warranted, the Contractor shall submit all information on which that belief is based to the CO and COTR for review. If the documentation is in order, the CO and COTR will coordinate with NFC.

The Contractor shall prepare and distribute electronically sales information catalogs, forms, notices and any other marketing and sales material used for each sale. See also Attachment J.19 SOW Technical Exhibits – TE 3.4-003, Sample Auction Catalog. The Contractor shall make all sales catalogs and terms and conditions of sale from the Government available to the public at least two (2) full business days prior to the date of the initial public viewing for the sale.

The Contractor's sales notices and catalogs shall contain necessary identifying information to minimize the incidence of refunds. The Contractor's sale catalog, at a minimum, shall:

- Accurately identify the sale number;
- Provide quantities of General Property for sale;
- Provide the current address and telephone number of the viewing location;
- Provide the location of the sale;
- Provide the lot number for each lot to be sold;
- Provide the location of the sale;
- Provide the sale number for each General Property item or lot to be sold;
- State that employees of the Contractor, subcontractors or vendors, other Treasury agencies, all law enforcement agencies participating in the TFF, DHS, and their immediate families  (parents, spouses or children living in the same household) are ineligible to bid on, or purchase directly or indirectly, any General Property offered for sale.
- Clearly state that the acceptance of a bid does not bind other agencies to issue licenses, registrations, releases, or certificates, and the subsequent failure to

obtain such documentation shall not entitle the purchaser to obtain cancellation of the sale;

- Provide notice that only Federal agency representatives can accept a bid and that receipt by the Contractor of an earnest deposit does not constitute acceptance;
- Provide the precise descriptions and locations of properties;
- Identify restrictions (e.g., for export only, marking requirements, etc.) on release of the General Property;
- Provide minimum bid when appropriate;
- Provide the deposit terms, time and date of sale and special sale terms.
- For aircraft, provide a statement as to whether or not aircraft maintenance logs are available;
- For conveyances, accurately describe the conveyance (e.g., condition, model number, year of manufacture, all identification numbers, etc.); and
- For general property, accurately describe the general property (e.g., brand name, model number, year of manufacture, type of garment to include material used, karat weight of gold jewelry, carat weight of gemstones, etc.).

NOTE: Catalogs shall not state the APV or Fair Market Value (FMV) of property.

### C.3.4.2.7   Preparation for Sale and Sale-Specific Planning

C.3.4.2.7.1   Sale-Specific Plans.   When shown on the disposition order, the Contractor shall prepare a formal "lot or batch"-specific Sale Specific Plan for the items listed on the disposition order, and schedule for each sale to ensure that all deadlines and tasks are completed. In some cases, a Sale Specific Plan for a group of General Property items or for a specific item requiring special logistical or security arrangements, advertising, sales location, etc., may be requested by the seizing or blocking agency or the CO during the year. The Contractor shall provide these individual Sale Specific Plans to the responsible seizing or blocking agency designated representative, CO, and COTR within (5) five business days of the date of request.

C.3.4.2.7.2   Sale Number.   The Contractor shall assign a number to each sale using a Government authorized numbering system. The "sale" number shall be entered into SEACATS with the revenue accounting and sales information.

C.3.4.2.7.3   Saleable Lots.   The Contractor shall sort, count, and subdivide all General Property by commodity class and place in saleable lots. The Contractor may arrange a sale lot so that it contains more than one seizure or blocking event number. When determined advantageous for purposes of sale, General Property can be separated into multiple lots (referred to as split lots), and offered in the same sale or offered in not more than two consecutive sales.

C.3.4.2.7.4   Determination of Fair Market Value.   FMV is defined as the value of property or merchandise in a given market at which both buyers and sellers are willing to do business. The Contractor shall establish a FMV for General Property at the time it is designated for sale and enter the data into SEACATS. The Contractor shall determine the FMV of conveyances by using wholesale

value publications such as: the (NADA) Official Used Car Guide; Aircraft Bluebook Price Digest; NADA Large Boat Appraisal Guide; and NADA Small Boat Appraisal Guide. The Contractor shall also use past sales experience, local merchants, trade catalogs and publications, manufacturers or other persons with knowledge to establish the FMV of for all other General Property.

C.3.4.2.7.5   Minimum Sale/Bid Price.   If the disposition order does not include a minimum sale or bid price, the Contractor shall contact the issuing seizing or blocking agency designated representative for the information prior to the sale date.

C.3.4.2.7.6   Pre-Sale Requirements for Aircraft and Related Parts.   All aircraft parts dispositioned for sale shall be held in abeyance until their status is determined by the FAA inspection or review team. The Contractor shall contact the FAA Suspected Unapproved Parts (SUP) Program Office upon receipt of disposition to sell or eligibility, and supply appropriate information to include, where applicable, Part Name, Part Number, Serial Number, etc. The Contractor shall coordinate and schedule an inspection or review with the FAA. The FAA Inspector or designee will provide written confirmation of the results of the inspection or review to the Contractor. If aircraft parts are not authorized for sale, the Contractor shall notify the seizing or blocking agency to effect final disposition other than sale.

C.3.4.2.7.7   Notification to Seizing or Blocking Agency Designated Representatives.   The Contractor shall notify the CO and COTR and the disposition order's originating seizing or blocking agency designated representative(s) of the planned sale date no later than five (5) business days prior to the sale date. The Contractor shall email an electronic catalog describing the General Property to be sold to all such seizing or blocking agency designated representative(s) no later than five (5) business days prior to the date of each sale.

C.3.4.2.8        Inspection and Viewing of Items

The Contractor shall ensure that all prospective bidders are given the opportunity to view and inspect (when appropriate) all General Property designated for sale, prior to the scheduled sale, that are held at the COFs or local and specialty storage facilities. If samples are used, the sample must be a fair representation of the overall content and condition of the General Property being offered for sale. Some General Property may require special arrangements to allow for its public inspection. Small, easily pilfered, unique, valuable, and other unusual General Property may require special arrangements to allow for its public inspection. For General Property located at a storage site other than the auction site, the Contractor shall arrange with the proprietor of the storage facility to establish the public viewing and inspection procedures. General Property for sale that is located at local and specialized storage facilities may typically be viewed by bidders at those sites, but should be included in the sales catalog for live auction sales at the COFs.

C.3.4.2.9        Conduct of Sale

Each seizing or blocking agency  designated representative shall be provided with the name and telephone number of the Contractor's point-of-contact whether or not the seizing  or blocking agency designated representative withdraws disposition orders for selling General Property prior to the sale.

The Contractor shall conduct all sales in compliance with the law, internal agency Memorandums of Understanding, and specific agency policies based on the commodity sold. This includes, but is not limited to, appropriate FAA and military requirements. The Contractor shall conduct all sales in accordance with the applicable Government Terms and Conditions for Sale set forth in Section J of the contract and as follows:

C.3.4.2.9.1  Withdrawal of General Property.   The Contractor shall, based on telephonic or written instructions from the seizing or blocking agency designated representative, withdraw any or all General Property prior to sale or impose certain restrictions on such sale. The Contractor shall, based on telephonic or written instructions from the CO or COTR, accept or reject any or all bids.

C.3.4.2.9.2  Sealed Bids.   The Contractor shall require that sealed bids be accompanied with appropriate certified checks that may be submitted in person or by registered mail. Such bids must be received by the Contractor no later than the day before the actual auction. The sealed bid must be for a definite amount and enclosed in an individually sealed envelope marked for a bid on a particular sale lot number. When the sale lot number indicated on the sealed envelope is reached, the auctioneer shall announce that a sealed bid is in hand. The envelope shall be opened at that time and the bidding shall be started at the sealed bid price. When the sealed bid is unsuccessful or rejected by the auctioneer, the certified check included with the bid shall be returned to the bidder by certified mail within five (5) business days.

C.3.4.2.9.3  Recording of Sale. The Contractor shall record the conduct of the sale via audio or video recordings which will be used to resolve any disputes. Recordings shall be maintained in storage by the Contractor for the same length of time as other documentation pertaining to the contract. Copies of these recordings in DVD or CD-ROM format shall be submitted to the CO or COTR within five (5) business days of request.

C.3.4.2.9.4  Bidder Registration Card.   The Contractor shall ensure that each prospective purchaser completes a bidder registration card at the sale site prior to sale.

C.3.4.2.9.5  Acceptance of Bid.   The Contractor shall ensure that the auctioneer clearly states at the start of each sale and at various points during the sale that the acceptance of a bid does not bind other agencies to issue licenses, registrations, releases, or certificates, and the subsequent failure to obtain such documentation shall not entitle the purchaser to obtain cancellation of the sale.

C.3.4.2.9.6  Minimum Bid.   When a minimum bid amount is so designated by the seizing or blocking agency designated representative on the disposition order, CBP Form 5251, or other communication, the Contractor shall ensure that the General Property is not sold for less than that amount. Lots for which offers have been rejected due to not meeting the minimum bid may, at the Contractor's discretion, be reoffered later on the same day to secure acceptable bids or be withdrawn from sale and reoffered at the next scheduled sale.

C.3.4.2.9.7  Back-Up Bids.  The Contractor shall obtain and record a back-up bid for all lots when any winning bid exceeds $5,000.

C.3.4.2.9.8   Sale of General Property for Over $10,000.  The Contractor shall ensure that IRS Form 8300, Report of Cash Payments Over $10,000, Received in a Trade or Business, is properly completed by purchasers of sale items in accordance with the instructions on the reverse side of the form. A copy of all completed forms shall be maintained with each sales package and kept on file by the Contractor.

C.3.4.2.9.9   Sale of Alcoholic Beverages.  Sales of alcoholic beverages shall not be made to minors as defined by local and state laws. Verification of age may be made by valid driver's license, passport, or military identification card. All alcoholic beverage sales shall conform to local and state laws, requirements, and restrictions. Commercial purchasers of alcoholic beverages for resale must file with the Contractor copies of the basic permits issued under authority of the Federal Alcohol Administrative Act and copies of local and state licenses. Such purchasers must also submit proof to the Contractor that all other applicable state and local laws have been complied with. Prior to release of such General Property, the Contractor shall ensure that all non-commercial purchasers of alcoholic beverages sign a statement indicating that such purchase is intended for personal consumption. Alcoholic beverages shall not be sold for an amount less than the applicable IRS and Treasury taxes and duties due.

C.3.4.2.9.10 Refund Requests.  Refund requests by purchasers resulting from sales disputes will be adjudicated in accordance with Government Terms and Conditions for Sale contained in Section J and shall be granted only in very unusual circumstances since the General Property is sold "as is" without any warranties.  If the Contractor and the buyer do not come to agreement, the buyer may refer the matter to the Contracting Officer of Record in accordance with such Government Terms and Conditions for Sale.

C.3.4.2.10      Transfer of Items to Purchaser

Upon receipt of the total amount of the purchase price, the Contractor shall provide to the purchaser a Notice of Award and receipt for each purchase.  The Contractor shall prepare the formal transfer documents for all applicable General Property sold to the public and forward the documents to the Assistant Director for TEOAF for approval. These documents, issued to the purchaser at the time of sale, will enable the Contractor to transfer title to the applicable General Property from the Government to a private entity.  The formal transfer documents are as follows:

C.3.4.2.10.1 Vehicle titles will be transferred on a Standard Form (SF) 97 for all vehicles sold for domestic use. For those vehicles that cannot be sold domestically, the Contractor shall stamp the SF 97 "Export Only" to preclude erroneous registration issued by state motor vehicle departments.

C.3.4.2.10.2 Vessel titles will be transferred on USCG Form 1340 if administratively forfeited, or USCG Form 1356 if judicially forfeited.

C.3.4.2.10.3 Aircraft titles will be transferred on FAA Form 8050-2.

C.3.4.2.10.4 For General Property requiring IRS or Alcohol, Tobacco, Firearms, and Explosives (ATF) stamps, the applicable stamp must be purchased and affixed to the property by the purchaser before the property is released.

C.3.4.2.10.5 For "Export Only" General Property sold for export, the Contractor shall ensure that the receiving party has a duly authorized CBP Form 7512, Transportation and Exportation Entry and Manifests of Goods Subject to U.S. Customs and Border Protection Inspection and Permit. This form is solely for "Export-Only" General Property that is being exported.

C.3.4.2.10.5.1      General Property sold as "For Export Only" may not be entered into the commerce of the U.S. The disposition order issued "For Export Only" must specify what the export requirements are and when applicable any written procedures by the seizing or blocking agency must be attached. For each General Property item identified "For Export Only," the Contractor shall, prior to sale, if the disposition order does not specify what the export requirements are, contact the seizing or blocking agency designated representative authorizing the sale to obtain the necessary procedures for purchasers to comply with the exportation requirements for the item. The Contractor shall provide a copy of the required procedures to the purchaser at the time of payment.

C.3.4.2.10.5.2      In the event the responsible seizing or blocking agency designated representative fails to provide the requested instructions, the Contractor shall continue with the sale of the General Property.  The Contractor shall also ensure that the bill of sale, receipt, and pick-up documents are clearly marked with the words "For Export Only - Supervision Required."  Prior to release of "For Export Only" General Property, the Contractor shall ensure that Treasury requirements have been met by the purchaser.  Failure of the purchaser to obtain necessary licensing will not result in the return of any monies tendered for the General Property.

C.3.4.2.10.5.3      For "For Export Only" sold General Property, the Contractor shall ensure that the receiving party has a duly authorized CBP Form 7512, Transportation Entry and Manifest of Goods Subject to CBP Inspection and Permit, and/or CBP Form 214, Application for Foreign-Trade Zone Admission and/or Status Designation before releasing the General Property. The Contractor shall ensure the form is marked with the notation, "Zone Restricted Status" and the permit approval Blocks 34, 35, and 36 for the zone restricted status are completed by the Cargo Control Officer. The Contractor shall obtain a copy of the CBP Form 7512 and/or the CBP Form 214 which will be attached to the original disposition order and returned to the responsible seizing or blocking agency designated representative.

C.3.4.2.10.6 General Property Containing Asbestos. For General Property containing asbestos, the Contractor shall ensure prior to the release of the General Property that the purchaser sign a statement that they have read and comprehend the industrial hygienist survey. Failure to sign the certification shall result in the voiding of the sale.

C.3.4.2.11      Notification of Sold General Property

The Contractor shall send the original authenticated disposition order, the official chain of custody document, and official exportation documents, when applicable, within fifteen (15) working days after the General Property has been turned over to the buyer to the cognizant seizing or blocking agency designated representative,.

C.3.4.2.12       Buyer Default

The Contractor shall notify the cognizant seizing or blocking agency designated representative if General Property is not picked up within the time period specified by the terms and conditions of the sale, or if certain conditions for release are not met (e.g., no CF 7512 is submitted for "Export Only" merchandise). Bid deposit will be forfeited in such cases.

## C.3.5  RISK MANAGEMENT

### C.3.5.1 Risk Management Procedures

The Contractor shall prepare and maintain a risk management plan. The Contractor shall provide the risk management plan to the CO and the COTR within twenty (20) working days after contract award (RDL 3.5-001). The Contractor shall prepare and distribute a risk management report showing the status of the risk management program quarterly. The risk management report shall be distributed to the CO and the COTR within ten (10) calendar days of the end of the quarter. The report shall identify the type of risk, the assessment, and the strategy for minimizing or eliminating the risk. (RDL 3.5-002)

### C.3.5.2 Letters of Complaint

All Contractor letters in response to complaints and adverse incidents will contain the appropriate name and address of the CO. The Contractor shall provide the CO and COTR with copies of all letters of complaint. (RDL 3.5-003)

### C.3.5.3 Litigation and Court Orders

The Contractor shall provide to the CO and COTR copies of all litigation documents and court orders immediately upon receipt, but no later than two (2) working days after receipt. (RDL 3.5-004) The Contractor shall be mindful of and fully comply with the cost principals set forth in the FAR with regard to legal and other proceedings. See FAR 31.205-47.

### C.3.5.4 Control of Hazardous Materials

The Contractor is responsible for detecting, identifying, and managing hazardous materials according to Federal, State, and local laws, codes, ordinances, and regulations that apply to environmental quality standards in each community where General Property is maintained or destroyed. Please refer to the other applicable clauses contained within the contract (including within this SOW) and see Attachment J.20 SOW Technical Exhibits – TE 3.5-001 and Attachment J.21 SOW Technical Exhibits - TE 3.5-002 for information on State Hazardous Materials regulations.

### C.3.5.5 Adverse Incidents Reporting

C.3.5.5.1       Adverse Incidents Quarterly Report

The Contractor shall provide a report documenting adverse incidents to the applicable seizing or blocking  agency designated representative(s), CO, and COTR on a quarterly basis via electronic means, by the tenth (10th) of the month following the end of the quarter.

This report shall include a description of the General Property, APV, FMV, date of loss or damage, location of the incident, date and time of the incident, probable cause of the incident, names of any witnesses, the Contractor's estimated value of the loss, a summary of the results of investigation, the amount collected from subcontractors or vendors found at fault, and reimbursements from the prime Contractor when they are determined by the CO to be liable to the Government.  (RDL 3.5-005)


C.3.5.5.2        Adverse Incident Reporting ("Flash Report")

The Contractor shall inform the CO, COTR, and applicable seizing or blocking agency designated representative(s), by electronic means, of the occasion and extent of any loss, destruction, and/or damage of General Property or unauthorized entry, regardless of value, by close of business the following business day. (RDL 3.5-006)  (See Attachment J.22 SOW Technical Exhibits – TE 3.5-003 for procedures.)


C.3.5.5.3        Adverse Incidents Final Report

The Contractor shall submit a written final report of investigation to the applicable seizing or blocking agency designated representative(s), responsible FP&F Officer, or other seizing agency operational point-of-contact within thirty (30) business days of the incident. The final report shall include but not be limited to the following: (RDL 3.5-007)


   a.     Seizure number and the physical or legal description of the General Property;
   b.     A narrative of the incident;
   c.     Contractor findings;
   d.     The value of the loss;
   e.     Contractor conclusions;
   f.     Collection procedure for the resolution of the incident;
   g.     Supporting documentation; and
   h.     Recommendation and/or actions taken.


## C.3.6  AUTOMATED SYSTEMS

The government will provide access to SEACATS, the designated system of record.  In order, for government to determine  the types of SEACATS connectivity, and the associated hardware and software required, the Government presumes SEACATS locations identical to those SEACATS locations used under Contract Number TOS-06-052.. (See Attachment J.23 SOW Technical Exhibits – TE 3.6-001, SEACATS Property Contractor User Guide, and Attachment J.24 SOW Technical Exhibits - TE 3.6-002, SEACATS Instructor Guide, for instructions.)

In addition, the Contractor shall implement its Government-approved Contractor Furnished financing and accounting system, and auctioneering/cashiering system.   The systems shall

provide the information necessary to track indirect and direct costs, meet audit requirements, comply with cost accounting standards and shall be used to record and report all aspects of General Property management and sales information. Any automated systems for cashiering and auctioneering must be approved by the Government.

### C.3.6.1 Contractor Responsibilities

The Contractor shall perform the following functions related to SEACATS:

a. Provide space, power, environmental controls, and operator(s), as needed to meet the requirements of the contract; and

b. Upon experiencing and/or identifying a system problem, the Contractor shall immediately call the appropriate Information System help desk and report the problem(s). The help desk will provide a work order ticket number. Depending on the seriousness of the problem, the Contractor shall submit a written impact statement to the CO and COTR, which identifies how the problem will affect users, and provides any alternative solutions proposed to meet contract requirements.

### C.3.6.2 Data Entry Responsibilities

The Contractor shall be responsible for data input, updates, and maintenance of the information specified within the Property Contractor Transaction User Guide for the SEACATS. (See Attachment J.23 SOW Technical Exhibits – TE 3.6-001, SEACATS Property Contractor User Guide, and Attachment J.24 SOW Technical Exhibits - TE 3.6-002, SEACATS Instructor Guide.) The Contractor shall enter all information within two (2) working days from the date that the action was completed, except sold General Property. Data entry for sold General Property shall be entered within five (5) working days from date of the release of the property.

The Contractor will enter all identifying General Property information into SEACATS for IRS and USSS. CBP and ICE will enter their own data into SEACATS relative to General Property identification. The Contractor will enter storage, sale, and disposition information for all participating agencies.

## C.3.7  APPRAISAL

### C.3.7.1 Appraised Value (APV)

The APV of General Property is the responsibility of the seizing or blocking agency.

Upon request, the Contractor is responsible for assisting the participating agencies in determining the value of General Property through a certified third party appraisal. The seizing or blocking agency designated representative may select the appraiser. The third-party appraisal becomes the APV and the Contractor shall provide a copy of the certified appraisal to the seizing or blocking agency designated representative. (RDL 3.7-001)

The Contractor shall maintain the appraisal documentation and record these values in SEACATS. The Contractor shall provide a copy of the appraisal to the seizing or blocking agency within five (5) working days of receipt.

### C.3.7.2 Fair Market Value (FMV)

The Contractor shall establish a FMV for General Property and enter the data into SEACATS within five (5) business days after the value of the General Property has been determined. The Contractor shall establish a FMV for General Property at the time it is designated for sale.

The Contractor shall adjust the FMV of General Property prior to sale, as necessary. The Contractor shall determine FMV of goods through market research.

Upon receipt and posting of a pending destruction status to General Property, the Contractor shall change the FMV of the affected property to reflect a value of $1.

The Contractor shall maintain the FMV documentation and record these values in SEACATS.

## C.3.8 ACCOUNTING AND FINANCING

The Contractor shall adhere to the standards, criteria, and regulatory requirements for accounting and financing, mandated by all agencies participating in the TFF.

### C.3.8.1 Standards

The Contractor shall only receive funds and other types of payment from authorized sources as provided by the CO and COTR.

### C.3.8.2 Accounting Requirements

Any system the Contractor uses to meet the accounting and various other requirements of the contract shall be approved by the COTR and CO prior to use on the contract. In addition, the Contractor must ensure that the system meets all Government requirements including a system which identifies all revenue and expenses including direct and indirect costs to the individual line item. The system must also provide all the information necessary for all participating agencies to meet their financial reporting requirements.

The Contractor's Automated System used during auction sales must enable reports to run separately for each sale number. Each agency will be identified with a different Sale Identification Number Series. Upon contract award, the CO and COTR will provide agency sale numbers. The Contractor will post sales deposit information to SEACATS for General Property within three (3) days after date of funds transfer to NFC.

### C.3.8.3 Accepting Payment

Payment received by the Contractor for all sales will be in the form of cash, cashier's check, certified checks or credit card. Credit card payments may not exceed $99,999.99 per sale; per Treasury requirements. Credit card must be in the name of the registered bidder.

Miscellaneous payments, such as subscription payments, are to be in the form of any check or money order including personal checks. Wire transfers from buyers made directly to a bank account of the Contractor are an acceptable payment method for any type of

transaction. The wire must reference the sale number. In all cases, the monies must be in U.S. dollars.

### C.3.8.4 Terms of Payment

The Contractor shall require the following deposits to be made according to the following schedule:

    a. If total purchases are equal to or less than $5,000 for the sale, payment in full is required the day of the sale.

    b. If total purchases are greater than $5,000, a minimum deposit of $5,000 is required on the day of the sale.

Full and final payment is due by close of business the next working day after the sale. The Contractor can extend collections to the second (2nd) working day after the sale when deemed necessary.

### C.3.8.5 Documenting Sales

The Contractor shall provide to the NFC, with an electronic copy to the CO and COTR, a schedule of sales for the fiscal year. This report shall be updated by the tenth (10th) of each month and include gross proceeds for completed sales, and any additional sales scheduled since the prior report.

The Contractor shall provide to NFC, within thirty (30) calendar days of sale, a reconciliation report of credit card collections.

The Contractor shall provide to NFC a revenue detail sale report for each sale within thirty (30) days of the sale. The Contractor shall provide a final detail sale report, including revenue and expenses within sixty (60) days of each sale to the NFC, COTR and the seizing or blocking agency designated representative.

The Contractor shall provide additional sale reports, as requested by the NFC and/or the CO or COTR.

### C.3.8.6 Accounting for Other Types of General Property Dispositions

The Contractor shall maintain financial records for all General Property dispositions other than sale. These dispositions include: remission to property owner or lien-holder; transfer to seizing or blocking agencies; transfer to Federal, State, or local governments; donations; destructions; and cancellations.

### C.3.8.7 Relinquished Sale Deposits

The Government will retain the deposit when the successful bidder advises in writing that the remaining balance due will not be paid within the time limit specified in the sale terms and conditions, or when the time limit expires without payment.

### C.3.8.8 Bank Statements

The Contractor shall provide to the NFC monthly bank statements from each bank that is used to deposit collections.  The statement shall be forwarded annually to NFC by October 20th.

### C.3.8.9 Deposits and Transfer of Funds to the U. S. Department of the Treasury

The Contractor shall deposit and then transfer non-sales, sales, and other collected revenues and fees to the Treasury as described below.  Reports shall be submitted in accordance with the following Reports and Deliverables List (RDL) items 3.8-001 through 3.8-006:

| RDL # | Title | Due Date | Submitted to: |
|---|---|---|---|
| 3.8-001 | Revenue Detail Sale Report | Within thirty (30) calendar days after end of sale | Designated NFC representative |
| 3.8-002 | Memorandum for Depositing Sale Revenue | No later than five (5) business days after final date of sale collection (e.g., last transfer date) | Designated NFC representative |
| 3.8-003 | Monthly Cash Transfer Report | Monthly by the tenth (10th) calendar day | Designated NFC representative |
| 3.8-004 | Year-End Bank Statements | Annually by October 20th or within five business days after the end of the contract. | Designated NFC representative |
| 3.8-005 | Relinquished Deposits Report | Within five (5) business days after close of the sale | Designated NFC representative |
| 3.8-006 | Final Revenue/Expense Sale Report | No later than sixty (60) calendar days after the end of each sale | COTR |

C.3.8.9.1        Banking Requirements

All funds shall be deposited in accordance with the Treasury Financial Manual (see http://www.fms.treas.gov/tfm/index.html), to the U.S. Treasury within five (5) working days after the last date of collection.

C.3.8.9.2        Funds Transfer Requirements

All funds are to be transferred in accordance with the Treasury Financial Manual, to the U.S. Treasury within five (5) working days after the last date of collection.

All transfers must uniquely identify the type of revenue and sale number.

C.3.8.9.3        Procedures for Transferring Sales Revenue

The Contractor shall deposit all sale revenue directly to a U.S. Treasury account on the day of collection if available, but not later that the day following collection.  All deposits and transfers shall be identified with Sale Number and Agency.  For deposits made under these provisions, a memorandum shall be sent via fax or electronic means, to NFC no later than five (5) working days from the final date of sale collection (e.g., last transfer date).  The Contractor shall provide an explanation for any differences in the amounts.  The memorandum must include the following information:

a.  Contractor point-of-contact;

b.  Copy of Deposit Tickets (SF 215B); and

c.  Transferred amounts itemized by class code, sale number, and reference number.

C.3.8.9.4      Monthly Cash Transfer Report:

The Contractor shall provide to NFC, via electronic means, a monthly detail and reconciliation of all collections, including SEACATS numbers for all non-sale collections.

### C.3.8.10      Shortages/Overages of Collections

All discrepancies regarding funds transferred and deposited by the Contractor will be resolved within five (5) working days of discovery. The Contractor shall remit overages and make up for shortages of collected funds.

## C.3.9  GOVERNMENT 100 PERCENT PHYSICAL INVENTORY AND OTHER REVIEWS

The Chief Financial Officer's (CFO) Act of 1990 requires an audit of TFFs annual financial statements.  As part of this audit, each enforcement agency participating in the TFF is mandated to conduct a one hundred percent (100%) annual reconciliation inventory (100% Physical Inventory) of seized or blocked assets in the custody of the Contractor.

In conjunction with the Treasury Office of Inspector General, TEOAF will contract for the services of an Independent Public Accountant (IPA) to perform the audit of TFF's annual financial statements which will include tests of Contractor records.  The IPA firm may, as part of the annual financial statement audit, visit the Contractor's site and/or the site of any subcontractor associated with the contract.

TFF's financial statement auditor will oversee the inventory process at selected sites each year as part of the testing process.  The 100% Physical Inventory will be performed by the Contractor, including both the actual count and the verification.  The right of the TFF's financial statement auditor to enter Contractor, subcontractor, and vendor premises will be established by a letter from the CO, along with a notice of the annual reconciliation inventory of General Property. The Contractor will provide written procedures to be followed during the annual 100% Physical Inventory.

Other oversight and random inspections may be performed by Government and/or Government designees.  Deficiencies identified by any audit findings must be cured by the Contractor within thirty (30) days of such identification or as approved by the CO.

### C.3.10    MONTHLY MANAGEMENT REPORTS AND OTHER DELIVERABLE DATA

The Contractor shall provide all SOW reports by electronic means to the CO and the COTR both periodically and as required.

The Contractor shall submit by the eighteenth (18th) of each month significant summary information management reports of actual occurrence from the previous month that impact the operation and cost of the contract. The summary of events shall cover, but not be limited to any significant information that impacts the Contractor performing the SOW requirements and contract costs. (RDL 3.10-001) (See Attachment J.25 SOW Technical Exhibits – TE 3.11-001 for format.)

Until all post-award requirements set forth in C.3.11 below are completed, the Monthly Management Report shall also address all post-award activities accomplished and remaining to be performed (see section C.3.11 below) during the contract performance.

The Monthly Management Report shall be submitted with RDL 3.1-003 Updated Workload Statistical reports.

### C.3.11    POST-AWARD REQUIREMENTS

The Contractor shall perform work related to the storage location-to-storage location movement of General Property at various times over the duration of the Contract, as more fully set forth herein.

#### C.3.11.1    Post-Award Kick-Off Activities

Effective midnight on October 1, 2010, the Government will have new GSA leases and sub-leases for Centralized Storage Facilities (CSFs) near Riverside, California and Dayton, New Jersey. At such time, the Government will make such CSFs available to the Contractor, which the Contractor shall use from that time forward as the only COFs for such geographic locations in performance of the contract. The Contractor shall take all actions necessary for a smooth transition of the specified operations to such COFs.

Sometime during the third to seventh month of the contract, the Government will make new Government-Furnished (Leased/Sub-Leased) CSFs near Laredo, Texas and Miami, Florida available to the Contractor, which the Contractor shall use from that time forward as the only COFs for such geographic locations in the performance of the contract. At this time, it is projected that CSF near Laredo should be available to the Contractor no later than 31 December 2010, and that the CSF near Miami should be available by 31 March 2011, however these dates are subject to change.

Sometime during the third to seventh month of the Contract, upon access to the new CSFs near Laredo and Miami, the Contractor shall, among other things, organize the transition of services for the receipt, possession, custody, management, and disposition of General Property from any COFs that are being closed to the new CSFs near Laredo and Miami, as directed by the Government.

No later than the end of fourth month of the Contract, the Contractor shall complete movement of any remaining GFE from Contractor-leased Riverside Building 1 to the Government-leased Building 2, from Contractor-leased Dayton Building 1 to Government-

leased Building 2. During this period, the Contractor shall also as requested by the Government, de-rack and either re-rack one or more COFs and/or store the racks for later use. The Contractor shall conduct restorations, as necessary, to Dayton Building 1 and Riverside Building 1 to return them to the condition they were in prior to their use in performance of the contract or the previous contract (TOS-06-052).

When the new Government-leased Miami CSF is made available, the Contractor shall move all GFE and General Property from the Contractor-furnished Miami COFs to the new Miami CSF. GFE not needed (i.e., not accepted under the contract) by the Contractor shall be returned to the Government for appropriate disposal. Additionally, the Contractor shall conduct restorations, as necessary, to return the Contractor-furnished Miami COFs to the condition they were in prior to its use in performance of the contract or the previous contract (TOS-06-052).

All work shall be completed by the Contractor in accordance with the Post-Award Activities Schedule provided later in this section, unless a waiver from the CO is granted in writing.

### C.3.11.2        Post-Award Activities Plan

The Contractor shall develop a comprehensive checklist and timeline covering its responsibilities to transition to any new Government-leased or subleased facilities, processes to meet any new GSA access protocols related to such Government-leased or subleased facilities, processes to move or return GFE as necessary (see Section C.3.11.1 above) in consultation with GSA and Treasury. These procedures shall be documented in and submitted by the Contractor as a Post-Award Activities Plan. The Contractor shall submit a Post-Award Activities Plan (RDL 3.11-001) not later than the twentieth (20th) business day after the date of award. The Contractor shall perform the Contract in accordance with the SOW and complete all post-award activities listed in the CO-approved Post-Award Activities Plan. It is the Government's intent that all transitional movement of General Property and any GFE or systems be completed 31 December 2010 for Dayton Building 1 and by 31 March 2011 or sooner for the Riverside Building 3, Laredo, and both Miami facilities. The Contractor shall submit (RDL 3.11-002) on 30 December 2010 an updated Post-Award Activities Plan with an updated schedule for completing all remaining post-award activities not later than 31 March 2011.

The Post-Award Activities Plan and as subsequently updated as set forth above, shall include, at a minimum, how and when the Contractor proposes to accomplish the following during the early stages of the contract:

(A)  Complete these post-award activities:

i)  for Riverside Buildings 2 and 3, assume full operations on the first day of the contract's period of performance, and for Riverside Building 1, complete close out of operations to include moving the Building 1 racks and any other remaining GFE and re-installing them in Building 2 not later than 31 January 2011;

ii)  for the new Laredo Government-leased CSF, assume full operations within twenty (20) business days of building turnover (assumed to be between 1 January and 31 March 2011) to include close-out of existing Laredo area non-hazardous-Government Property local storage sites and consolidation of the non-hazardous Government Property into the new CSF not later than 31 March 2011;

iii)  for Dayton Building 2, assume full operations on the first day of the contract's period of performance, and for Dayton Building 1 complete close out of

operations to include removing and storing the Building 1 racks in secured, on-site, transportable units not later than 31 December 2010 (note: Contractor shall provide rack storage through 31 April 2011; and

iv) for the Contractor-furnished Miami COF, assume full operations on the first day of the contract's period of performance, and then, begin on 1 January 2011 the transfer of all such COF contents (e.g., seized and blocked General Property and GFE) to the new Government-leased CSF near Miami, to include close-out of existing Miami overflow and local storage facilities in the SE Region used for non-hazardous-General Property local storage. Consolidate the non-hazardous General Property into the new Government-leased CSF near Miami within twenty (20) business days of availability of the new Government-leased CSF near Miami and then complete close out of operations for the current Contractor-furnished Miami COF, as directed by the Government.

(B) Operate a Project Management Office;

(C) Identify primary and secondary Contractor points of contact (POC), as well as the management and administrative Key Personnel performing the important functional areas set forth in Section G.6 of the contract;

(D) Provide and ensure sufficient Project Personnel are available and possess applicable background investigations and clearances to perform one hundred percent (100%) of the stated tasks in the SOW prior to beginning work at the new Government-leased CSF near Laredo beginning approximately 1 January 2011;

(E) Obtain all required leases, certifications, licenses, permits, and clearances necessary for any new hires to perform required tasks;

(F) Participate in all joint inventories and inspections and sign for GFP and GFE;

(G) Develop and submit all required deliverables due during and after the contract's period of performance;

(H) Assist and proactively respond to CO and/or COTR facility inspections;

(I) Select trained and experienced Project Personnel;

(J) Meet all background security check requirements;

(K) Familiarize all new Project Personnel with all requirement and procedures;

(L) Accomplish any necessary training to support the functions listed in Sections C.1 and C.4 of the SOW;

(M) Provide an overview of potential post-award activity problems, a list of actions to be taken to avoid them or mitigate them, and descriptions of Contractor actions to be taken to resolve them;

(O) Attend post-contract award planning and coordination meetings with TEOAF and customer agency liaisons in Washington, DC;

(P) Have Project Personnel available in the following critical work areas not later than the following performance metrics:

- Not later than one (1) business day after the start of the contract's period of performance for the Government-leased CSFs and Contractor-furnished COFs: Daily operations of COFs, and related consignment, transportation, storage,

Part I – The Schedule                                  Contract No. TOS-11-C-001
Section C – Description /Specifications/Statement of Work

sales, and other disposition services operations as applicable to tasks in Section C.3 of this SOW.

- Not later than one (1) business day after the date that the Government-leased CSFs near Laredo and Miami are turned over to the Contractor: Daily operations of new Government-leased COFs, and related consignment, transportation, storage, sales, and other disposition services operations as applicable to tasks in Section C.3 of this SOW.

- Not later than one (1) business day after the start of the contract's period of performance: Operation of local storage facilities and equipment for daily operations as applicable to tasks in Section C.3 of this SOW; and

- Not later than five (5) business days after the start of contract's period of performance: Supervisors to review operations and acquaint themselves with SEACATS and other automated systems operations;

(Q) Setup electronic and hard copy files for all seizures, blocking actions, and business operations.   (See Section H of the Contract regarding document management.)

### C.3.11.3    Post-Award Access to Laredo and New Miami CSFs

During the month prior to turning over the new Government-leased CSF near Laredo and Miami, the Contractor will be given authorization to enter all locations of work, to familiarize supervisors, Key Personnel, and Project Personnel with GFE and the facilities' layouts and offices.  This access will be granted to assist the Contractor to quickly develop SOW compliant reporting procedures, work schedules, and operating procedures. The COTR will arrange access.

Administrative turnover of GFE and GFP to the Contractor will be scheduled by the Government to coincide with the Contractors' formal takeover of operational duties and seized or blocked General Property during the first five (5) calendar days of the contract performance period in accordance with the Contractor's approved Post-Award Activities Plan.

### C.3.11.4    Post-Award Activities Schedule

The following is a preliminary schedule for post-award activities. Note that the dates set forth in the preliminary schedule below are based upon the longest possible allowable time.

Part I – The Schedule                              Contract No. TOS-11-C-001
Section C – Description /Specifications/Statement of Work

| Preliminary Post-Award Activities Milestones (Oct 1 - Dec 31, 2010) |
| --- |
| **Begin Project Management Level Phase-in** |
| Award Date (Approx. Sept 29, 2010) |
| Contractor Submission of Post Award Activities Plan (Oct 1, 2010) |
| Period of Performance Begins (Oct 1, 2010) |
| Kick-off meeting  (Oct 1, 2010) |
| Contractor assumes control of CO-approved initial supply of GFE/GFP Inventory from incumbent contractor for Project Management Office (not later than Oct 5, 2010) |
| Contractor Submission of list of Project Personnel requiring background checks (Oct 7, 2010) |
| Background Investigations for any replacement Project Personnel and for the new Government-leased CSF near Laredo (Oct 8 2010 – Jan 7, 2011) |
| Government-Furnished SEACATS Training (Dec 6-9, 2010) for Laredo CSF Project Personnel, if required. |
| Contractor Submission of Monthly Management Report begins in Nov 18, 2010 for October 2010 period |
| **Begin Post-Award Activities** |
| C.3.11.5  Begin operations of a Call Center (Oct 1, 2010). |
| Transition Vehicles to Contractor's vehicle storage locations (Oct 1-11, 2010)  **if any vendor has changed from the prior contract (TOS-06-052).** |
| Transition Vessels General Property to Contractor's Vessel storage locations (Oct 1-11, 2010) **if any vendor has changed from the prior contract (TOS-06-052).** |
| Transition Aircraft General Property to Contractor's storage locations providers (Oct 1-11, 2010) **if any vendor has changed from the prior contract (TOS-06-052).** Aircraft shall not be re-located to another storage facility without express written permission of the TEOAF COTR. |
| Transition Specialty General Property to Contractor's specialty storage locations (Oct 1-11, 2010) **if any vendor has changed from the prior contract (TOS-06-052).** |
| Continue and complete (Oct 1, 2010 to Jan, 31, 2011) the de-scoping of the warehouse foot print in Riverside, CA and Dayton NJ as follows: <br>• Completion of the Riverside Building 1 De-racking and the Racking of Riverside Building 2 <br>• Completion of the Dayton Building 1 De-Racking and insertion of the Government-owned racks into Contractor-Furnished ISO Cargo Containers (approx. 9'x9'x40') for storage at the Dayton CSF location (within the secured perimeter). <br>• Completion of the Riverside Building 1 De-Racking and insertion of the Government-owned racks into the Riverside Building 2. <br>• Completion of the close-out of Dayton Building 1. <br>• Completion of the close-out of Riverside Building 1. |
| **Contractor Assumes Control** |
| Contractor assumes control of all General Property and seizure activity not later than 12:01 AM Oct 1, 2010 |
| Contractor assumes SEACATS data entry for all seizure activity not later than 12:01 AM Oct 1, 2010 |

### C.3.11.6         Transfer of Seized or Blocked General Property

No joint inventory will be conducted for General Property that is in the Contractor's or Government's possession at date of award.  The recently completed annual inventory under the previous contract (TOS-06-052) will form the basis for the verification of records maintained in the centralized storage facility inventory control system used by the Contractor, including, or in addition to, the inventory records covering General Property stored at the Contractor-Furnished local and specialty storage sites, and SEACATS, which is the system of records for all General Property, including conveyances.

It shall be the Contractor's responsibility to determine what, if any, Contractor provided local and specialty storage sites it shall need to perform the contract.  However, to the extent the Contractor determines it does need one or more local and specialty storage sites to perform the contract, it must obtain the CO and COTR's approval of the use of such site prior to the Contractor locating any GFP or General Property at or in such local and specialty storage site(s).

### C.3.11.7    Transfer of Seized or Blocked General Property to New Government Leased CSFs

Whenever notified by the CO, expected to be on or after January 1, 2011, that a new Government-leased CSF near Laredo or Miami is ready to be turned over to the Contractor, the Contractor shall submit a not-to-exceed two-page letter report (RDL 3.11-003) to the CO describing their approach to transitioning GP from its current location(s) around the Southern portion of the Central Region (and specifically in the Laredo metro area) and in the Southeast (SE) Region to the new facilities in Laredo and Miami, respectively.  These plans shall address the Contractor's proposed processes for 1) the pre-movement Joint Inventory (validating what is in the Contractor's custody prior to transport), 2) completing any final Laredo or Miami CSF Contractor staffing or CO-permitted alterations or move-in of Contractor-furnished furnishings, 3) emptying the old facilities, safely transporting the Government Property, and then re-bar code labeling the pallets and bins as they are received and stocked into the racks at the new facilities.  (Items that have been bar coded at the Contractor-furnished Miami COF shall have their old tag removed or otherwise obscured as the new label is applied.  Items coming from local Laredo or local storage in the SE Region will need bar code labels for the first time.)  The two (2) plans shall also address any surge (personnel) support required, and their proposed security measures; for the Miami plan only, it shall also state how the Contractor plans to clean and rejuvenate the Contractor-furnished Miami COF for turn-back to the landlord in accordance with the Contractor's lease, which must be completed prior to the end of the contract.

| Begin Joint Inventory and Transfer to New CSFs |
| --- |
| Inventory and Inventory Reconciliation of General Property at the current (as of Jan 1, 2011) Contractor-furnished local Laredo area storage facilities (this is for non-hazardous materials Government Property only) prior to transport of Government Property to new Government-leased CSF near Laredo:  begin not later than five (5) business days after CO approval of a short Laredo-specific Transition Plan and finish not later than an additional ten (10) days after starting.  Physical transfer of General Property shall be completed within ten (10) business days after inventory reconciliation. |
| Inventory and Inventory Reconciliation of General Property at the current (as of Jan 1, 2011) Contractor-furnished Miami COF and all SE Region local storage facilities (this is for non-hazardous materials GP items only) prior to transport of General Property to new Government-leased CSF near Miami:  begin not later than five (5) business days after CO approval of a short Miami-specific Transition Plan and finish not later than an additional ten (10) days after starting.  Physical transfer of General Property shall be completed within ten (10) business days after inventory reconciliation. |

When the Government provides a Government-leased CSF to the Contractor under the contract, the Contractor shall provide the staffing, equipment, and transportation to consolidate all remaining General Property stored in Contractor-furnished COFs near the same geographic location, as well as specific locally stored General Property as directed by the Government, into the new Government-leased CSF.

| Preliminary Transition Schedule Milestones (Jan 1 – March 31, 2011) |
| --- |
| Transition Locally Stored General Property to new Government-leased CSF near Miami or Laredo  (Jan 1 - 31, 2011) |
| Transition General Property located at the Contractor-furnished Miami COF to the new Government-leased CSFs near Miami and Laredo (Jan 1 – 31, 2011) |

**C.3.11.8**     **Physical Facilities**

C.3.11.8.1     Government-Leased or Contractor-Furnished Centralized Storage
               Facilities

The Government plans to provide Government-leased CSFs during the period of
performance near Riverside, California, Dayton, New Jersey, Laredo, Texas, and Miami,
Florida, for bulk and long-term storage of General Property.  The Government-leased
facilities near Riverside, CA and Dayton, NJ will be available on October 1, 2010.

Until such time as the Government-leased CSF near Laredo is furnished to the
Contractor for operation, the Contractor shall provide sufficient Contractor-furnished local
storage within the United States boarder within a thirty (30) mile radius of the CBP's
Border Station in Laredo.

Until such time as the Government-leased CSF near Miami is furnished to the Contractor
for operation, the Contractor shall provide sufficient Contractor-furnished COFs near
Miami, Florida until the Government-leased CSF is available. The Government will likely
provide a Government-leased CSF near Miami sometime between January 1 and March
31, 2011.

C.3.11.8.2     Contractor-Furnished Local and Specialty Storage Facilities

The Contractor shall, no later than five (5) business days after award of the contract,
submit to the CO and COTR (RDL 3.11-04) for review and approval sufficient information
regarding each local or specialty storage facility or space then know or anticipated to be
used to perform the SOW so that the Government can review, among other things,
whether the facilities and space appear to contain adequate security and protection of
any General Property and GFP that may be located in such facilities and space during
the performance of the Contract.  CO approval of any Contractor-furnished local and
specialty storage facilities and space means the facility and space information has been
reviewed only for appropriate location and price parameters in comparison to the
applicable costs and charges proposed by the Contractor in its proposal or the contract.
CO approval does not constitute or imply a determination by the government (a) as to
whether the facilities and space themselves are sufficient enough to ensure that the
Contractor can fully perform the services set forth in this SOW or (b) of the overall
acceptability, allowability, or reasonableness of any amounts invoiced by the Contractor
arising from or related to such facilities and space.  Subsequently, not less than ten (10)
business days prior to the identification of any new local or specialty storage facilities or
space anticipated to be used in performance of the SOW, the Contractor shall submit to
the CO and COTR for approval the same type of information set forth in the preceding
sentence for such facilities or space.  The Contractor shall ensure that any and all local
and specialty storage facilities and space utilized by the Contractor in the performance of
this SOW provide adequate security and protection of any General Property and GFP
that may be located in such facilities during the performance of the contract.

C.3.11.8.3        Movement of Government-Furnished Storage Racks in California

Once all seized or blocked Government Property has been removed from Riverside Building 1, the Contractor shall, at direction of the CO, disassemble the Government-furnished storage racks in Riverside Building 1, and then transport them and reassemble them in Riverside Building 2 according to the approved racking plan.

C.3.11.8.4        Storage of Government-Furnished Storage Racks in New Jersey

Once all seized or blocked Government Property has been removed from Dayton Building 1, the Contractor shall, at direction of the CO, disassemble the Government-furnished storage racks in Dayton Building 1, and then transport , and  store them in ISO containers (suitable for use on semi-tractor trailers) within the fenced perimeter of the Government-subleased Dayton CSF complex.

## C.3.12    PHASE-OUT REQUIREMENTS

Within forty (40) business days after award of the contract, the Contractor shall develop and submit for CO and COTR approval a comprehensive, systematic Transition/Phase-Out Plan describing how the Contractor will transfer all operational and financial aspects of the contract to a new contractor by the end or termination of the contract.  The Transition/Phase-Out Plan shall include detailed procedural information with corresponding action dates for the transfer of all General Property in inventory, all Government-furnished property, all Government property, all automated systems and associated files, and all manual systems and associated hardcopy files.

### C.3.12.1        Transition/Phase-Out Period

Ninety (90) calendar days before the Contract ends or is terminated, the Contractor shall begin implementing the CO- and COTR-approved Transition/Phase-Out Plan (see section C.3.12.2 below) to transfer to the successor contractor all documentation, records, files, property, equipment, and related contracts and systems acquired or developed and paid for by TEOAF before the Contract ends or is terminated (i.e., all Government-furnished property and all Government property and data to which the Government has unlimited rights).   TEOAF, the Contractor, and the successor contractor shall jointly develop the details of the transition/phase-out after the successful contractor is selected, and to the extent the Contractor's initial Transition/Phase-Out Plan is not consistent with such jointly developed details, it shall be timely modified and resubmitted for CO and COTR approval. The Contractor's level of cooperation in the transition/phase-out will be included as part of its past performance record.

### C.3.12.2        Transition/Phase-Out Plan

The Contractor shall develop and submit for approval to the CO and COTR a Transition/Phase-Out Plan (RDL 3.12-001) for an orderly transition of one hundred percent (100%) of operations to the successor contractor by the end or termination of the contract.

The Contractor's transition/phase-out procedures shall not disrupt or adversely impact the day-to-day conduct of Government business.  At a minimum, the Transition/Phase-Out Plan shall fully describe the Contractor's approach to the following issues:

   A.  Retention of Key Personnel and important Project Personnel;

   B.  Turn-over of work-in-progress and Government property;

C.   Joint inventory of GFE by the Contractor and Government;

D.   Joint inventory of GFE between the Contractor and the successor;

E.   Reconciliation of all property accounts, requisitions, and work-in progress;

F.   Data and information transfer;

G.   Provision for training successor's personnel on Government-furnished automated information systems and specialized equipment used in performance of work on the contract; and

H.   Other actions required to ensure continuity of operations.

Upon request, or within twenty (20) business days notice in the event the Contract is terminated for any reason, the Contractor shall deliver to the CO all systems (both automated and manual), software, forms, manuals, files, records, procedures, documents, and other operational materials developed at Government expense for performing the Contract. (See Section H of the Contract.)

Prior to the completion of the contract, an observation period will occur, at which time management personnel of the incoming workforce may observe operations and performance methods of the Contractor. This will allow for orderly turnover of facilities, equipment, General Property, and records and will help to ensure continuity of service. The Contractor shall not defer any requirements for the purpose of avoiding responsibility or of transferring such responsibility to the successor. The Contractor shall fully cooperate with the successor and the Government so as to ensure a smooth and orderly transition.

Part I – The Schedule                                          Contract No. TOS-11-C-001
Section C – Description /Specifications/Statement of Work

## C.4   GOVERNMENT-FURNISHED PROPERTY AND SERVICES

### C.4.1  GENERAL

The Contractor shall control and account for all Government property, including Government-Furnished Property (GFP) and Contractor Acquired Property (CAP) in order to protect the assets of Treasury and to ensure accurate financial reporting. Government property, GFP and CAP shall have the same meaning as such terms have in FAR 52.245-1, which is incorporated by reference in Section I of the Contract. General Property is not GFP. Treasury normally relies on contractors to furnish all property and materials required for Contract performance. However, Treasury will furnish some or all of these items to the Contractor if the CO determines it to be cost-effective and beneficial to the Government. GFP provided to the Contractor shall be controlled and accounted for in the Contractor's Inventory Management and Control System. The Contractor shall safeguard all GFP provided for the Contractor's use in accordance with DO-207, Treasury Directive 73-01 entitled "Personal Property Management Program." Throughout the period of performance of the contract, all GFP shall be secured. The Contractor shall designate a custodial officer(s) and alternate(s) to receive and account for GFP.

The Contractor shall not use any GFP including, but not limited to, equipment, facilities, materials, or supplies, for any out-of-scope purposes, (i.e., tasks not authorized and ordered under the Contract).

### C.4.2  ACCOUNTABILITY AND INVENTORY MANAGEMENT

The GFP identified herein and in the inventory provided to the Contractor is for use solely under the contract. The inventories shall contain all information that is required by FAR Subpart 45, entitled "Government Property." The Contractor shall handle all GFP pursuant to the provisions of FAR Subpart 45.

General Property is not considered GFP under the Contract. The handling, inventorying, and accounting of General Property are discussed in Section C.3. Inventories of seized and blocked General Property, including conveyances, are separate and distinct from the GFE inventories included in Section C.4.

#### C.4.2.1  Initial Inventory of Government-Furnished Property

Upon Contract award, the Contractor shall perform a detailed physical inventory of all GFP provided to the Contractor under the contract, verified with records maintained in both the incumbent GFP inventory system records and the Government's records of GFP. The Contractor shall perform this inventory no later than five (5) calendar days after award and shall conduct the inventory according to procedures worked out among the Contractor, the COTR, and the CO.

Except as specified in Section C.4.2.1 or C.3, the Contractor shall have the option of accepting all, a portion, or none of the Government-furnished equipment, materials, and supply items inventoried. Notwithstanding the previous sentence, the Contractor shall accept: any Government-leased or Government-subleased facilities for operation under the Contract if and when it becomes available; the SEACATS terminals; and the Government-installed secured LAN lines (typically T-1 bandwidth). Permission to waive acceptance of any Government-leased or Government-subleased facilities for operation under the

Contract if and when it becomes available; the SEACATS terminals; and the Government-installed secured LAN lines (typically T-1 bandwidth) will not be granted.

The Government will not replace any GFP items that the Contractor elects not to accept, and will not pay for non-GFP items for which GFP items could have been used by the Contractor had the Contractor elected to accept such GFP. In that situation (where the Contractor elects not to accept certain GFP), the Contractor shall be responsible for providing its own equipment, materials, and supplies, at its own cost and at no cost to the Government, to ensure contractual requirements are satisfied. Condition, serviceability, and value of GFP will be decided by the Government.

Items not desired for use by the Contractor shall be identified during the initial inventory of GFP and will be disposed or excessed by the Contractor in accordance with COTR's direction. The Contractor shall prepare and certify a detailed, computer-generated inventory of the GFP and shall maintain such inventory current, accurate, and complete at all times throughout the duration of the contract. The Contractor shall provide one electronic copy of the computer database (e.g., from MS Access or equivalent) or spreadsheet (e.g., from MS Excel or equivalent) containing the initial inventory of GFP to the CO not later than the fifteenth (15th) business day after the start date of the Performance Period. (RDL 4.2-001)

### C.4.2.2 Receiving Reports

The Contractor shall operate an internal property control program which tracks all GFP. The Contractor shall inspect and complete a receiving report at the time equipment, materials, or other GFP is delivered. Missing, damaged, or extra GFP or items not on the order or the approved invoice shall be documented on the Receiving Report and written up as an Adverse Incident (see below).

### C.4.2.3 Property Shortages and Damages

The Contractor shall be responsible for the condition of GFP, and shall be responsible and liable for any damage, loss, or theft of GFP as a result of Contractor negligence. Inventory discrepancies and any damage, loss, or theft of GFP shall be reported as Adverse Incidents to the CO immediate upon discovery. See Section C.3.5.5 for processing of Adverse Incidents.

### C.4.2.4 Final Inventory

No later than twenty (20) business days prior to the end of the contract, the Contractor and Government shall conduct a joint final inventory of all GFP. The Contractor shall submit to the CO an electronic copy of the final inventory within five (5) business days after inventory completion. (RDL 4.2-003)

### C.4.3

### GOVERNMENT-FURNISHED FORMS

The Government will furnish the initial on-hand inventory of specific forms used currently to accomplish the requirements delineated in this SOW.  The Contractor shall be responsible for submitting timely requests to the Government for replenishment of such forms in order to maintain an adequate stock.  The Contractor shall not provide blank Government-furnished forms to subcontractors or remote employees (e.g., tow truck and other drivers, vendors, etc.), even those specifically working on the contract.

## C.4.4  GOVERNMENT-FURNISHED MATERIALS AND SUPPLIES

No materials or consumable supplies are provided as Government-furnished under the contract.  For purposes of this Section C.4.4, material shall have the same meaning as such term has in FAR 45.101.

## C.4.5  GOVERNMENT-LEASED FACILITIES

Upon or shortly after the start of contract performance (see Section C.3.11.1 above), the Government shall provide Government-leased or subleased CSFs near Dayton, New Jersey and Riverside, California (consisting of one or more warehouse structures each) to the Contractor for performance of the Contract.  Additionally, as other Government-leased CSFs become available for use in performance of the Contract, the Contractor will begin performance in those facilities.  (See Section C.3.11.1 above.) Any such Government-leased or subleased CSFs provided to the Contractor for performance of work under the contract shall be Government Furnished Facilities (GFF), and shall be a specific type of GFP under the Contract.  Upon termination of the contract, any GFF shall be returned to the Government in the same or better condition as it was received, except for reasonable wear and tear.  The initial condition of these facilities will be determined and documented in writing during the initial joint inventory of the GFP or a joint inventory of a new CSF, which joint inventory shall occur within five (5) working days of when the Government makes the new CSF available to the Contractor.

The Government will be responsible for the lease and operating costs for any GFF.  The Contractor understands, acknowledges, and agrees that any GFF is subject to search and inspection by the Government at any time at the Government's sole discretion.

### C.4.5.1 Facilities Maintenance, Repair, and Alteration of GFF

C.4.5.1.1        Maintenance and Repair of GFF

The Government will provide maintenance and repair of any GFF.  This might include such work as painting; lighting and other electrical maintenance and repair; heating, ventilation, and air conditioning maintenance and repair; and other facility maintenance and repair services.  The Contractor shall submit requests for maintenance and repair services to the GFF point of contact (POC) listed in the Contract and the CO in a timely manner.

C.4.5.1.2        Facility Alterations

The Contractor shall not alter the GFF space except with prior written permission from the Government. If the Contractor would like the GFF altered, the Contractor shall submit a proposal to the CO for review and approval.  Such proposal shall including detailed

Part I – The Schedule                                Contract No. TOS-11-C-001
Section C – Description /Specifications/Statement of Work

plans, the proposed alterations requested, and the Government resources required. Any Government decision as to whether to approve such requests for facility alternations will be final. Any alterations become the property of the Government. However, upon expiration or termination of the contract, the CO may require the Contractor to restore the GFF to the same or better condition as it was when the Government provided it to the Contractor, except for reasonable wear and tear. Any such restoration shall be performed at the Contractor's expense.

### C.4.5.2 Utilities of GFF

For any GFF, the Government will furnish the utilities installed at the time the Government provides the Contractor the GFF. Utility services may include electricity, water, telephone and fax lines, data network lines, trash dumpster pickup, and seasonal heat and air conditioning. The Contractor shall not change or modify any utility system or component without prior review by and written approval from the CO. The Contractor shall not connect any Contractor-furnished equipment or utility system to GFF without prior review and written approval from the CO. Contractor requests for telecommunications and computer or information technology connections to Government-Furnished Systems must be pre-approved in writing by the CO and COTR prior to implementation due to security concerns.

The Contractor shall ensure that lights, electric-powered equipment, and heat and air conditioning systems are turned off outside of each GFF's operating hours to conserve energy and utilities costs. Notwithstanding the previous sentence, those systems serving as the facility's security and/or energy management and control system for the protection of General Property shall not be turned off.

## C.4.6 GOVERNMENT-FURNISHED EQUIPMENT

### C.4.6.1 General

As necessary to accomplish data entry work or services using the SEACATS software described in the contract, the Government will provide computers as GFE to the Contractor. See Attachment J.11 SOW Technical Exhibits - Technical Exhibit (TE) 2.1 – 002 for a listing of GFE.

### C.4.6.2 Available Government-Owned/Leased Warehouse Equipment

The Government will offer the warehouse equipment listed in Attachment J.11 SOW Technical Exhibits - Technical Exhibit (TE) 2.1 – 002. During the initial inventory of GFP, the Government will provide such GFE to the Contractor at the storage facilities where such property is used in performance of predecessor contract (TOS-06-052).

### C.4.6.3 Contractor Acceptance of Offered Government-Furnished Property

The Contractor will be provided with an option to use offered GFE for performance of the contract, in accordance with the terms and conditions of the contract. The Contractor shall provide inventory of GFE and GFP in accordance with Section C.4.2.2 of the SOW. See

Attachment J.11 SOW Technical Exhibits - Technical Exhibit (TE) 2.1 – 002 for GFE listings.

### C.4.6.4 Transfer of Accepted Government-Furnished Property

The transfer of GFP from the incumbent contractor's facilities to the Contractor's proposed facilities shall be completed no later than the initial joint inventory of GFP.

### C.4.6.5 SEACATS

The Government will provide access to SEACATS.   See Attachment J.26, Technical Exhibits - TE 4.6-001 for a description of SEACAT modules.

### C.4.6.6 IT Equipment

An initial supply of on-hand bar coding scanners, readers, printers, and associated software will be provided to the Contractor by the Government during the Transition/Phase-In Period. The Contractor shall maintain the current bar coding system unless a Government-approved alternative system is provided in writing by the CO.   The Contractor shall integrate the bar coding technology (or an approved successor technology) into its approved Contractor-furnished Inventory Management System.   (See Section C.4.6.10 for repair and replacement of GFE.)

The Government will provide access to SEACATS, the designated system of record for General Property, through Government-furnished restricted workstations.

C.4.6.6.1        Malfunctions

The Contractor shall notify the CO on the occasion and extent of any SEACATS or other automated systems malfunctions and failures that would cause a delay in data input or output and/or transmission and that would impact the requirements stated throughout the SOW.   This notification shall be provided electronically by close of business the next business day following the day that the malfunction was first discovered by the Contractor.

C.4.6.6.2        Relief During Repairs of GFE

The CO may set new deliverable timeframes depending on the nature of the problem reported by the Contractor.   The Contractor shall include an alternative data entry protocol in its Continuity of Operations and Disaster Recovery Plan to respond to power or SEACATS terminal outages.   Such protocol shall be initiated if data entry is delayed for more than forty-eight (48) hours.

### C.4.6.7 Document Control and Storage System

The Government will provide a Government-licensed document imaging software called "Documentum" as GFE.

### C.4.6.8 Inventory Control and Management Information System

The Contractor shall operate and maintain a Government-approved Inventory Control and Management Information System (ICMIS) for tracking the General Property (including conveyance items) consigned to any GFF or Contractor-furnished storage facility used for storage under the contract. This system shall be used to track, at a minimum, the location of all General Property (including conveyance items) by facility address, building identifier, internal location (i.e., rack and shelf identifier, floor space identifier, or cage/refrigerator/HAZMAT storage unit identifier) or external location (i.e., lot area or garage space identifier), seizure and line item identifier, pallet equivalent count, and date of arrival/date of release for disposition. The system will be capable of generating an export file (e.g., in CSV, Excel, Access, DB3, etc.) compatible with and able to be imported into SEACATS electronically.

The Contractor shall utilize either the Government-furnished bar coding scanners, readers, printers, and associated software or CO-approved alternate Contractor-Furnished Equipment, to create location labels and to permit automated entry of General Property location data into the ICMIS.

The Contractor may also use this ICMIS for maintaining its inventory of Contractor-furnished Property (CFP) and GFP as long as the export file function permits sorting and filtering. (This is so that only data related to the consigned General Property (including conveyance items) is pulled out for later uploading into SEACATS by the Government.)

### C.4.6.9  Contractor Support for Government-Furnished Systems

The Contractor shall provide support for Government-furnished Systems as specified in Attachment J.27, Technical Exhibit 4.6-002.

### C.4.6.10      Repair versus Replacement of GFE

GFE shall not be replaced if it can be repaired or rebuilt, that is, returned to the condition existing at the time it was accepted by the Contractor, if the cost of repair or rebuilding does not exceed fifty percent (50%) of the replacement cost, except to the extent expressly approved in writing by the CO. The Contractor shall provide the CO with a comparison between the replacement cost of the equipment and the labor cost plus cost of parts required to repair the equipment. If the repair estimate exceeds fifty percent (50%) of the replacement cost, the Contractor shall contact the CO for approval to replace the item. The CO will closely monitor repair and replacement of GFE. Any item replaced or repaired becomes the property of the Government. Any replacement item shall meet or exceed the same performance criteria and quality standards as the original item or better.

Notwithstanding any language in this Section C.4.6.8 to the contrary, the Government shall have the sole responsibility for maintenance, repair, and replacement of SEACATS, SEACATS terminals, and Government-Installed LAN lines.

C.4.6.10.1      Maintenance and Repair of GFE

When approved by the CO after review of a cost comparison, the Government will provide all or approve reimbursement to the Contractor for maintenance and repair of GFE. The Contractor shall coordinate with the CO for all equipment maintenance and repairs for GFE. In an emergency, the Contractor shall immediately notify the CO by telephone of the need for emergency maintenance or repair of GFE. The Contractor shall be liable for the cost of any repairs required due to the Contractor's negligence.